UNITED STATES DISTRICT COURT IN AND FOR
SOUTHERN DISTRICT OF FLORIDA


Presidential Affairs Department:
Sector of Scientific Centers & Presidential Camel Department,
Dubai Equine, and Dubai Camel


                    Petitioners,                    Case No. 19-mj-6437-DLB

v.                                                  **SEALED**

United States of America,                            Correct CASE  No.
                                                     19-mj-8437-DLB
                    Respondent.

Seth Fishman, DVM

                    Intervenor
_____/


<u>MOTION TO INTERVENE AND TO REQUEST RECONSIDERATION
OF THE ORDER DENYING PETITIONERS' MOTION TO RETURN
PROPERTY[1]</u>

        Proposed Intervenor, SETH FISHMAN through undersigned counsel, files

this Motion and requests that this Court permit Mr. Fishman's intervention in this

matter to file this Motion to reconsider its earlier ruling today denying Petitioners'

Motion to Return Property based on the facts and arguments raised herein.

_____

[1] This morning we learned that Petitioners Motion was denied *without prejudice* and we had
intended to file this Motion to Intervene today and we respectfully request that your Honor
consider this Motion, the arguments raised herein, and the documents attached herein as **Exhibits
A-D.**

1

Intervenors further request that your Honor permit Intervenors to intervene in this proceeding to request permission to file any of the pleadings in this matter in the related Grand Jury proceeding, *In Re Grand Jury Subpoena Dated April 3, 2020,* 20-MISC (VEC) (PART I) (S.D.N.Y.) discussed herein.

## FACTUAL BACKGROUND

### SEIZURE OF PERSONAL PROPERTY, UNLAWFUL SEARCH, THE INSTANT LITIGATION, AND THE GRAND JURY SUBPOENA

Mr. Fishman has a longstanding relationship with Dubai Camels and Presidential Camels (Petitioners). Petitioners Presidential Camels, as their name suggests, are part of the ruling family in the UAE. Al-Nayan owns and/or controls Presidential Camels.[2] In fact, many of the products distributed to Petitioners are made for royal families and Sheiks in the UAE.[3] Petitioners Dubai Equine and Dubai Camel are under the authority and/or controlled by the Maktoum ruling family. Products for Dubai Equine or Dubai Camel[4] and/or Presidential Camels are made at the request of government officials or members of royal families. In 2019, as the attached bank statements illustrated, Presidential Camels paid for thousands of

---

[2] https://en.wikipedia.org/wiki/Al_Nahyan_family; https://en.wikipedia.org/wiki/Al_Maktoum

[3] https://www.emirates247.com/news/emirates/mansour-bin-zayed-attends-closing-ceremony-of-mohamed-bin-salman-camel-festival-2019-09-16-1.689483

[4] https://www.cnn.com/travel/article/dubai-camel-hospital/index.html

products from Mr. Fishman as did Dubai Camel. **Exhibit A.** Attached further herein are FedEx shipping records showing the existence of a commercial relationship with Dubai Camel Hospital and Presidential Camels (Petitioners). **Exhibits A-1 and A-2.**[5] The FedEx shipping documents also show that exported products were addressed to doctors working at the hospital.

On or about October 28, 2019, Mr. Fishman was approached by law enforcement at the Miami airport while returning from a trip to Dubai UAE where Mr. Fishman was meeting these clients. Mr. Fishman was then interrogated in a private room at the airport and arrested pursuant to an *arrest warrant* after requesting to continue the "interview" with counsel. Contemporaneous with his arrest, agents descended on Mr. Fishman's home and his storage facility and executed search warrants seizing many of the products intended for Petitioners.

On March 9, 2020, as part of a sector sweep involving supposed "horse doping" the Government in the Southern District of New York executed search warrants and arrest warrants culminating in the return of 3 indictments against 27 defendants. *U.S. v. Navarro,* 20-cr-160 (SDNY), *U.S. v. Grasso,* 20-cr-162 (SDNY),

---

[5] Mr. Fishman is the 100% owner and president of Equestology which lists Mr. Fishman's home address on each of the shipping records.

*U.S. v. Mangini,* 20-cr-163 (SDNY). These splashy Indictments have gained nationwide attention.[6]

On March 31, 2020, the Petitioners, whom are clients of Mr. Fishman and Equestology filed the Motion to Return property which is at issue in this matter.

In its Opposition to Petitioners' various filings, the Government represented that the search of Mr. Fishman's residence and the ensuing seizure of thousands of products and vials from Mr. Fishman was part of an entirely legal search and seizure warrant.

Within hours of the filing of the Motion, the SDNY prosecutors who filed the Indictment against Mr. Fishman served Equestology with a grand jury subpoena. Among other things, for the first time, they sought all records from Equestology related to the sale and distribution of *camel products,* including *invoices* and *communications.* Such a request is directly connected to this litigation and is an improper use of the grand jury.

On April 23, 2020, the Government moved to compel compliance with the subpoena. That proceeding is now before the Honorable Valerie E Caproni in the

---

[6] https://www.nytimes.com/2020/03/10/sports/horse-racing/horses-doping.html; https://www.washingtonpost.com/sports/2020/03/09/horse-racing-doping-indictment/

Southern District of New York. *See In Re Grand Jury Subpoena Dated April 3, 2020,*

20-MISC (VEC) (PART I) (S.D.N.Y.)

## APPLICABLE LEGAL STANDARDS

A. <u>Intervention</u>

Intervention in criminal matters is granted in certain narrow circumstances.  For

example, courts sometimes permit the press to intervene in a criminal case where a

decision to close criminal proceedings to the public may affect its First Amendment

rights. *See,   e.g., United   States   v.   Hernandez,* 124   F.Supp.2d   698,   701

(S.D.Fla.2000); *United   States   v.   Baez-Alcaino,* 718   F.Supp.   1503

(M.D.Fla.1989); *United States v. Torres,* 602 F.Supp. 1458, 1462 (N.D.IU.1985). In

addition, third parties are occasionally allowed to intervene in a criminal trial to

challenge a request for the production of documents on the ground of privilege, *see,*

*e.g., United States v. Bergonzi,* 216 F.R.D. 487 (N.D.Cal.2003); *In Re Grand Jury*

*Investigation No. 83-30557,* 575 F.Supp. 777 (N.D.Ga.1983), or to protect other

rights implicated by a particular proceeding. *See, e.g., Gravel v. United States,* 408

U.S. 606, 92 S.Ct. 2614, 33 L.Ed.2d 583 (1972) (noting that district court allowed

Senator's motion to intervene to quash grand jury subpoenas of witnesses whose

testimony implicated his privilege under the Speech or Debate Clause of the

Constitution).

In addition, courts have permitted intervention when the proposed intervenor claims an interest in the protection of the Fourth Amendment which is at stake in this matter. *Ashford v. City of Milwaukee*, No. 13-C-0771, 2014 WL 1281525, at *1 (E.D. Wis. Mar. 26, 2014) (granting motion to intervene because claim shared common question of fact or law with main challenge by plaintiff); *Oregon Prescription Drug Monitoring Program v. U.S. Drug Enf't Admin.,* 860 F.3d 1228 (9th Cir. 2017) (granting motion to intervene for Civil rights organization and five individuals seeking to intervene as plaintiffs, arguing DEA's use of subpoenas violated their Fourth Amendment rights); *see also Sellers v. United States*, 709 F.2d 1469, 1471 (11th Cir. 1983) (denying motion to intervene in civil action implicating bad search under Fourth Amendment but based on standing and timeliness issues).

B. Motion for Reconsideration

"Although the Federal Rules of Criminal Procedure do not specifically authorize motions for reconsideration, both the Supreme Court and this Court have permitted parties to file such motions in criminal cases." *Serrano v. U.S.,* 411 F. App'x 253, 255 (11th Cir.2011). Courts in the Eleventh Circuit have largely relied on the standard applicable to motions for reconsideration in civil cases to adjudicate reconsideration motions in criminal cases. *See, e.g., U.S. v. Sabooni,* No. 09–cr–20298, 2014 WL 4385446, at * 1 (S.D.Fla. Sept.4, 2014). The Eleventh Circuit recognizes three major grounds which justify reconsideration: (1) newly discovered

evidence, (2) an intervening change in controlling law, or (3) a need to correct a clear error of law or fact. *See Bd. Of Trs. Of Bay Med. Ctr. v. Humana Military Healthcare Servs., Inc.,* 447 F.3d 1370, 1377 (11th Cir.2006).

Reconsideration of the Court's ruling is necessary. Mr. Fishman has standing to request reconsideration as the Court's prior ruling has a direct and cognizable impact on Mr. Fishman as well as Petitioners. Reconsideration is warranted also where, as here, the Court was not furnished with facts or documents, as set forth herein, necessary to decide Petitioners' Motion and because Fishman, the proposed intervenor, is an indispensable party to this proceeding which relates to a search of his property and allegations of wrongdoing related to his Indictment in Case No. 20-cr-160-MKV (SDNY). Further, the Government has alleged that Petitioners could later pursue a civil action for the property that the Government illegally seized from Fishman's residence which again places Mr. Fishman at the heart of this matter and further supports reconsideration.

## ARGUMENT

A. <u>Intervention is Appropriate Where Constitutional Rights, Including Property Seized in Violation of Fourth Amendment, are Implicated</u>

Here, Intervenors seek to protect against the infringement of their constitutional rights, *i.e.* the Fourth Amendment and the Fifth and Sixth Amendments. Furthermore, under Rule 41(g), Equestology and/or Mr. Fishman

have standing to intervene as persons aggrieved by an unlawful search of Mr. Fishman's residence and storage facility resulting in the deprivation of Petitioners' property, namely the property seized by the FDA-OCI and FBI on or about October 28, 2019 in this District. *See* Fed. R. Crim. P. 41(g). The unlawful search and the deprivation of such property implicates the Fourth Amendment. The search warrant and the agents conducting the search and seizure did not distinguish, in any meaningful way, between the products that the Government was authorized to obtain or seize at Mr. Fishman's residence or his storage facility and/or the products that were not contraband and/or were entitled to the legal protections of the export exemption found at 21 U.S.C. Section 381(e) even though the Fourth Amendment plainly demands particularity. *United States v. Cook*, 657 F.2d 730, 733-34 (5th Cir. 1981) (holding that "cassettes onto which … copyrighted films … have been electronically transferred" was insufficient where place to be searched had many other cassettes, and warrant "supplied searching agents with little guidance"); *United States v. Fuccillo*, 808 F.2d 173, 175-78 (1st Cir. 1987) (warrants to search distributor, warehouse, and retail clothing store for "cartons of women's clothing" had insufficient description, because there was no explanation for executing agents to differentiate stolen clothing from other goods); *United States v. Blake,* 868 F.3d 960, 973-974 (11th Cir. 2017) (noting that application for individuals entire Facebook account would unnecessarily disclose to the government "virtually every

type of data"); *Coolidge v. New Hampshire*, 403 U.S. 443, 467 (1961) ("[T]he specific evil is the 'general warrant' abhorred by the colonists, and the problem is not that of intrusion per se, but of a general, exploratory rummaging in a person's belongings.)

Thus, the deprivation of Petitioners' property directly impacted a cognizable Fourth Amendment interest of Mr. Fishman.

Beyond this, the SDNY prosecution team also knew – based on their interception of his phone and text communications for 6 months prior to the search warrant and a review of his emails – that Mr. Fishman had international clients and customers, mainly in the UAE including Petitioners. The Government also knew, because they had access to Fishman's DropBox account, that Fishman had an inventory of the products in his home titled "Inventory House 10.22.19" which lists all of the products contained in Petitioners' Motion at Exhibit 3. See **Exhibit B,** MS Excel Inventory.[7]

Accordingly, the deprivation of Petitioners' property directly implicated Mr. Fishman's Fourth Amendment rights to be free from unreasonable searches lacking particularity and any claim of immunity or good faith is misplaced. The agents

---

[7] This Inventory Sheet was excerpted from the original, native MS Excel Word sheet created by Mr. Fishman which contained tabs for every month in 2019 and a Column G for "Notes.' For purposes of this Motion, **Exhibit B** has been revised to reflect only the products amounts and the inventory maintained by Mr. Fishman at the time of the seizure.

and/or the SDNY prosecution team (who knew about and was investigating Mr. Fishman's clients) th should have implemented safeguards against the foreseeable seizure of products intended for exportation to international clients.

B. <u>Reconsideration of the Prior Ruling is Warranted in part because Fishman's Intervention is Material to a Fair and Complete Resolution of this Proceeding</u>

Reconsideration of the court's earlier denial of Petitioners' Motion is warranted because the court ruled in the Government's favor without the benefit of Mr. Fishman's intervention in this matter.

In connection with any Rule 41 motion, the court must *receive evidence on any factual issue necessary* to decide the motion. *See* Fed. R. Crim. P. 41(g). Absent Mr. Fishman's intervention, not all the relevant facts were placed before your Honor especially where, as here, there are disputed issues of fact related to the "export exemption" found at 21 U.S.C. Section 381(e).

This is a two-part problem. First, the Government seized many camel products or products intended for UAE distribution that were not yet labeled. *See* Petitioners' Motion, Exhibit 3 and **Exhibit B.** Thus, the Government had no basis to conclude or assert, and the agents had not basis to determine, that a certain unlabeled product was or was not a product intended for Petitioners or was a product intended for domestic commerce. Indeed, only Mr. Fishman is capable of filling in these gaps.

Second, Mr. Fishman cannot resolve this issue without gaining access to the product seized from his home and storage facility and/or without gaining access to a complete search warrant inventory that describes what was seized with particularity, since the inventories previously produced to him tell us nothing about the unlabeled vials or products that were intended for the Petitioners. *See* **Exhibit. C** (Inventories). These inventories completely fail to describe the scope and extent of what products were seized.

Thus, reconsideration is appropriate because absent Mr. Fishman's intervention and participation in this matter prior to this Honorable Court's ruling, this Honorable Court was not presented with sufficient facts and information necessary to evaluate whether the seized products were intended for UAE were therefore entitled to the export exemption and are not evidence of any wrongdoing anywhere. 21 U.S.C. Section 381(e).

The Government in its Sur-Reply opined that the export exemption does not apply because the products were offered for sale in the U.S. and/or were offered for sale in the US. *See* Govt Sur-Reply at 12-13. The government misconstrues the exemption.[8] If, for example, a container with frog legs were seized and some of the

_____

[8] The Government also claims that the products seized from Mr. Fishman were not all camel products or that some of the products were intended for horses. To the extent that any of the seized products were intended for animals other than camels, that does not alter the ultimate question which is whether they were intended for exportation to Petitioners. *See* 21 U.S.C. Section 381(e).

frog legs were intended for Spain and others were intended for the U.S., then the export exemption would not apply because the *seized shipment* contained the *same food product* that was sold and offered for sale in both the U.S. and Spain. *United States v. 76,552 Pounds of Frog Legs,* 423 F. Supp. 329 (S.D. Tex. 1976) (holding that frog legs shipment which contained adulterated frog legs was not entitled to export exemption reasoning that even though some of the frog legs were purportedly intended for export to Spain, part of that same shipment was sold or offered for sale in U.S.).

Government has not made such a showing here. They have not attempted to articulate what products were seized from Mr. Fishman and/or identify how any of the products *they seized* were intended for sale to any U.S. customer or were intended for distribution in the U.S. Nor has the Government introduced any reliable evidence or information to contradict the assertions made by Mr. Bengawi in the March 22, 2020 letter that the Government seized the products listed therein. *See* Motion, Exhibit 3.

To the contrary, at best, the Government has insinuated that V02 Max and Bleeder Paste and ITP Plus were sold in the U.S. at some time in the past by introducing an email between Bengawi and Mr. Fishman dated 8 months prior to the

seizure and by introducing emails dating back more than 3 years ago. *See* Exhibit 1 of Declaration, Govt Sur-Reply.[9] Nonetheless, that 2/2019 email (Exhibit 1 to Govt Sur-Reply) should have no bearing on Mr. Fishman's intent at the time of the seizure and/or whether all the products at issue that were seized from his home were intended for use on camels or Endurance horses in the UAE. Furthermore, **Exhibit D** attached herein is the label used for certain V02 Max camel products which of course illustrates that V02 Max is a camel product. **Exhibit D.**

The Government has not discussed any of the other products on the Invoices, or any of the products previously referenced in Petitioners Motion. *See* Motion, Exhibit 2 (listing 10 products to be used exclusively for camels and Exhibit 3, at page 2 set forth below:

---

[9] The other historic emails date back as far as 2017 which do not coincide temporally with the government seizure in October of 2019 and are irrelevant. *See* Declaration, Exhibits to Govt Sur-Reply.

| ITEM | QTY | ITEM | QTY |
|---|---|---|---|
| AI PDPA | 300 | MGF | 250 |
| BPRB BLUE | 250 | MHP1 | 125 |
| BPRB PLUS | 600 | MHP1BP | 125 |
| Bumadex-AM | 100 | MHP1DMT | 125 |
| Deslorelin | 1200 | Neuro Block NRB1013 | 150 |
| DMTNB | 125 | NBN 3.15 & 5.3 | 150 |
| EBB | 300 | NBO 3.2 & 5.5 | 150 |
| EMP Yellow Cap Sample | 300 | NPP1-34D | 250 |
| EMPL  Yellow Cap | 350 | NPP1-40HD (CMPD40) | 300 |
| EMP | 300 | NPP1-D11  (Dynorphin) | 250 |
| EMP  BB1 | 200 | NPX1 | 250 |
| EMP  BB2 | 400 | NPX2 | 250 |
| EMP  BB3 | 400 | NPX Oral | 50 |
| Equi-Mass / PG2 | 400 | P2DP  (PDP2 for Andrew) | 300 |
| Equi-oxide "Bovine" | 400 | PAP2 ER | 300 |
| Equi-Tide | 250 | PAP2 XRT(EXT) | 300 |
| E20CP | 200 | PDP( PAP2) | 300 |
| FAB | 150 | PDP ORAL(PAP2 ORAL) | 50 |
| FAB PLUS | 125 | PG2(Equimass) | 300 |
| Flumetanide 30 mL | 50 | Progesterone VITE 50 mL | 600 |
| Flumetanide 50 mL | 50 | Progesterone | 600 |
| FP-81 | 150 | Robinol | 600 |
| G2 | 150 | RCABB  EEPM619 | 400 |
| G2 | 75 | ST Pain | 250 |
| Glutathione 1.5 g | 300 | ST Pain (silver cap) | 250 |
| HP Bleeder PLUS | 400 | SOD 10 mg | 300 |
| HP Bleeder | 400 | SODHSP-C | 500 |
| HSP250 | 400 | SODHSP25 | 500 |
| Hydrocortisone Succinate  500 mg (AM) | 500 | SODHSP125 | 300 |
| ITP Plus (IDM) | 600 | VO2MAX ++ | 350 |
| Kappa Agnoist | 250 | Zoledren | 250 |
| LAC Diluent | 200 | AICAR | 1200 |
| Lime Green 3ml Amber Vial(GCAV) EEPOF | 300 | | |
| Lola &Lola Diluent | 250 | | |

*See also* Petitioners Reply, Composite Exhibit 1, at p. 13 and 15 (listing various products on 2 invoices to Petitioners. One obvious product they have not mentioned is progesterone (highlighted above) which is a product used to enhance fertility and is, of course, not performance enhancing or "pernicious."

Instead, the Government has selected a sampling of emails to impugn and discredit Mr. Bengawi. [10] The Government has also minimized the significance of

---

[10] The Government has, however, sought to further villainize Mr. Fishman by referencing a spoof "Biagra" video and Whats App messages pertaining to female Viagra. The Government has no evidence or witnesses that they could ever bring forward that would testify that Mr. Fishman made or offered "Biagra" for humans anywhere in the world. This was an isolated conversation and the

their representations on these issues. The Government has essentially accused members of a foreign government of filing false or forged documents or has dismissed outright the existence of the UAE official *presidential seal* on the letters submitted for the court's consideration.

The Government also speculates that these are "pernicious performance enhancing drugs"[11] even though, as the Government's sampling of emails show, Mr. Fishman treats animals (Endurance horses and camels) for various ailments and has formulated a proprietary drink and a proprietary blend of peptides for Petitioners:

- Exhibit 2 at p. 12 ("It's a *once a day drink to* help build immunity and strengthen the immune system. When it will be ready not sure because now I am back to focusing on making injectables.");

- Exhibit 2, at p. 12 ("Cortisone to treat injuries after races? It's not cortisone its completely different. It's the patent I sent you. It's a *peptide that has proven to promote healing of many tissues from tendons, cartilage to intestinal lining*.")

---

Government is deliberately ignoring (or misunderstanding) the context of this casual communication.

[11] The Government lacks the qualifications to make this bold assertion. For starters, what "pernicious" drug is the government referencing? V02 Max, for example, is a proprietary blend of *Amino Acids*. Has the Government tested or examined the drug? Has an expert chemist or laboratory analyst tested it? What were her findings? What is the chemical composition of each of these products? What are her qualifications under *Daubert*? What were the reliable and accepted principles or methods used to test under *Daubert*? Does the Government have any evidence to support their speculation that any of the products provided to Petitioners *harm* their camels especially where, as here, Bengawi attests that the products have been reviewed by Petitioners and pose no risk to the public. *See* Petitioners Motion, Exhibit 1.

- Exhibit 2 at p.12 ("You have anti-inflammatory with SOD and the corticosteroids I am making. This is actually tissue repair and regeneration. It's probably the best overall maintenance peptide I have discovered. Works on so many tissues in people and horses. I *even treated gastric ulcers in horses* that did not respond to regular ulcer medication. I was very excited to share this with Sheik because it works and is very safe.")

- Exhibit 2 at p.12 ("Need to make injectable for camels. In humans and horses can take orally. Had made some injectable versions. The doses are not too expensive maybe $10-$15 per dose. Just not sure how many doses you will use on camels. In horses we usually go 7-10 treatments and evaluate. We stay out a week in grand circuit horses because they may test out of competition or close to race.")

- Exhibit 2 at p. 31-32 ("What I pride myself on doing is having a working relationship with top trainers and top owners where they say to me hey *I have tendon problems, I have gastric ulcers problems, I have these problems and I give them solutions that are not commercially available*.)

- Exhibit 2 at p. 12 ("Mansour asked can you provide to be ***used for camel after race***.")

C. Reconsideration is Appropriate Because the Seized Products Will Expire

    Reconsideration is also appropriate because the products seized from Mr. Fishman have a shelf-life and expiration dates. Put simply, they will expire before Mr. Fishman's trial in New York (20-cr-160-MKV (SDNY) ever proceeds to trial. The trial in his case involves 18 other defendants and the defendants will likely be tried in tiers or groups. Based on the last group phone conference, it is foreseeable that any trial would not happen for a year especially given the COVID concerns and limitations. Thus, waiting for the

conclusion of the criminal case will effectively *moot* Petitioners' claims,

subject Mr. Fishman to potential civil actions, and render the seized products

which have a value exceeding half $1,000,000 completely worthless.

D. Reconsideration is Warranted Where, as Here, The Government Has
Commenced a Related Proceeding which is Directly Connected to this
Proceeding

Mr. Fishman also seeks reconsideration of the Honorable Court's prior ruling

because, as mentioned at *supra,* the Government, within hours of the filing of

Petitioners' Motion, served a grand jury subpoena seeking records related to

"camels" and invoices related to camel products from Equestology in an effort to

gain a tactical advantage in this litigation which is an improper use of the grand jury:

> 2. Please provide any and all documents relating to the following substances, including any
> and all component chemicals or drugs used to create such substances: BB1, BB2, BB3,
> ITPP, HP Bleeder, HP Bleeder Plus, TB-7, PG2, Omeprazole, VO2 Max, Serenity,
> Serenity Plus, Succeed, EGH, "Frozen Pain," and any and all substances sold to or
> marketed for sale or use by any trainer, owner, or veterinarian of horses and/or camels.
>
> ~~such should include, but not be limited to~~

Intervention is also proper for this reason because Mr. Fishman maintains that

the Government is abusing the grand jury process to gather and strengthen evidence

at trial in the indicted case against Mr. Fishman. *U.S. v. Navarro*, 20-cr-160 (SDNY).

*In re Grand Jury Subpoena Duces Tecum Dated Jan. 2, 1985 (Simels),* 767 F.2d 26

,29 (2d Cir.1985) ("*Simels*") (quashing a grand jury subpoena based on plain use of

subpoena to gather evidence for trial). Several of the assertions in the Government's

Sur-Reply more than illustrate this point:

> Much of Petitioners' claims regarding the use of the Seized Property in the *Navarro* case, and their claims that the Seized Property are not contraband, are premised on false representations that the Seized Property has been custom-made for Petitioners' camels, whereas Seth Fishman has been indicted of a conspiracy pertaining to manufacturing and distributing drugs to dope racehorses. Petitioners' claims that the Seized Property consist of drugs custom-made for breeding, vaccinating, and otherwise treating "common diseases" in Petitioners' camels is astoundingly misleading,[7] (*see* Reply at 5, 9, Reply Exhibits 2 and 3; *see also* Motion at 3-5, Motion Exhibit 3 at 1), and is undermined by arguments in Petitioners' Motion and information obtained by the Government in the course of its investigation. Far from legal veterinary drugs intended for benign administration to camels in a foreign jurisdiction, Fishman manufactured pernicious performance-enhancing unregistered drug manufacturing facility. ***All of this evidence is directly relevant to the charge against Fishman, namely that he operated an unregistered drug manufacturing operation for the purpose of creating and selling performance-enhancing drugs for use in racehorses.***

Govt Sur Reply at 6-7

> [P]roof that Fishman was manufacturing and distributing drugs for camels in an unregistered facility and using substances also sold for the purpose of doping domestic racehorses is obviously relevant to establishing that he had the processes and means to create, manufacture, and distribute performance-enhancing drugs for domestic racehorses. It is therefore unnecessary for this Court to parse the veracity of Petitioners' unfounded claim that these drugs were intended to assist in breeding, treating, and vaccinating camels—***the Seized Property is nevertheless evidence in an ongoing criminal case***

Govt Sur Reply at 12

Accordingly, intervention is equally appropriate in this matter to protect Mr. Fishman's Due Process rights under the Fifth Amendment because these statements illustrate that the Subpoena in the related proceeding, *see In Re Grand Jury Subpoena Dated April 3, 2020,* 20-MISC (VEC) (PART I) (S.D.N.Y.), seeks records and information which are "relevant to the charges against Mr. Fishman" which is an improper use of the grand jury.

E.  Permission to Use Pleadings in this Matter in Related Grand Jury Proceeding

For these same reasons, Mr. Fishman and Equestology also seek leave to intervene to request permission to furnish the sealed pleadings in this case to the district court in SDNY presiding over a separate matter involving Equestology's compliance with a grand jury subpoena. *See In Re Grand Jury Subpoena Dated April 3, 2020,* 20-MISC (VEC) (PART I) (S.D.N.Y.). The inclusion of those pleadings in that matter is critical to a resolution of that matter and Mr. Fishman and Equestology should be permitted to furnish the pleadings from this matter to Honorable Valerie Caproni so that the Honorable Court may properly evaluate the full scope of the relatedness between this proceeding, the grand jury subpoena, and the current indictment of Mr. Fishman in deciding whether to quash the grand jury subpoena.

WHEREFORE, Intervenors respectfully request that the Honorable Court grant this Motion to intervene and reconsider its prior ruling denying Petitioners' Motion and set this matter for an evidentiary hearing.

Intervenors further request that your Honor permit Intervenors to intervene in this proceeding and permit Intervenors to file any of the pleadings in this matter in the related Grand Jury proceeding, *In Re Grand Jury Subpoena Dated April 3, 2020,* 20-MISC (VEC) (PART I) (S.D.N.Y.).

Respectfully submitted,

s/Andrew S. Feldman_____
Feldman Firm PLLC
Southeast Financial Center
200 S. Biscayne Blvd, Suite 2770
Miami, Florida 33131
Office:            305.714.9474
Facsimile:      305.714.9555
Email:           afeldman@feldmanpllc.com
FBN:             60325
*Attorney for Seth Fishman, DVM*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Motion was filed via email on all counsel of record authorize to receive service.

By:   s/  Andrew S. Feldman

ANDREW S. FELDMAN



Printed on: 2020-04-30 05:38:06

# Account Details

SPC International



| **Available Now** | **On Deposit** |
|---|---|
| ██████████ | ████████ |
| | Information for:Florida |

## Transaction History

- PERIOD 2019-01-01 - 2019-11-01
- FILTER Credits

## Results for: Jan 1, 2019 to Nov 1, 2019

| Date | Description | Debit | Credit |
|---|---|---|---|
| ██████ | ██████████ | | ████ |
| ██████ | █████████████████ | | ██████ |
| ██████ | █████████████████ | | ██████ |
| ██████ | █████████████████ | | ██████ |
| ██████ | ████████████ | | ██████ |
| Sep 23, 2019 | Incoming Wire Transfer<br>WIRE FROM PRESID CAMEL RACING AF CENT AD MAI | | $121,682.00 |
| ██████ | ██████████████ | | ██████ |

| Date | Description | Credit |
|---|---|---|
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| Jun 13, 2019 | Incoming Wire Transfer<br>WIRE FROM PRESID CAMEL RACING AF CENT AD MAI | $99,932.00 |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| May 29, 2019 | Incoming Wire Transfer<br>WIRE FROM PRESID CAMEL RACING AF CENT AD MAI | $99,932.00 |
| May 22, 2019 | Incoming Wire Transfer<br>WIRE FROM PRESIDENTIAL CAMEL AFF RACEDIVISIO | $25,672.00 |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ nd | ███ |



| Date | Description | | Credit |
|---|---|---|---|
| Jan 29, 2019 | Incoming Wire Transfer<br>WIRE FROM PRESID CAMEL RACING AF CENT AD MAI | | $109,540.00 |

Account activity is provided for your information only and is subject to revisions. It is not a substitute for your periodic statement, which is the official record of your account.

Presidential Camels vs. United
States, 19-mj-6437-DLB- SDFL

**A-1**

Motion to Intervene

exhibitsticker.com

S5 DXBA

TRK# 0430

7752 0049 3230

INTL ECONOMY
PM

396
DXB

·AE

ORIGIN ID:BCTA
SETH FISHMAN DVM
EQUESTOLOGY LLC.
2565 S OCEAN BLVD

HIGHLAND BEACH, FL 33487 US
SIGN SETH FISHMAN DVM

(561) 801-5810

SHIP DATE: 13MAY19
ACTWGT: 40.00 LB
CAD: 105613349/INET14100
DIMS: 24x12x12 IN

BILL SENDER
NO EEI 30.37(a)

TO HH SHEIKH MOHAMMAD BIN RASHID AL MAKTOUM
DUBAICAMELHOSPITAL DR AHSAN UI HAQ
PO BOX 9220
DUBAI ALAIN ROAD  AL MARMOOM
DUBAI
97150657 27 27

INV:
PO:
DEPT:

REF:

(AE)

565.J1/D66C/23AD

**FedEx**
Express

E

J191019591078zuv

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability for all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



FEDEX AWB COPY - PLEASE PLACE IN POUCH

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

COUNTRY MFG: US US
CARRIAGE VALUE: 200.00 USD
CUSTOMS VALUE: 200.00 USD

SIGN: Seth Fiskman DVM
T/C: S 31429101B
D/T: R

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

PM
INTL ECONOMY
REF:
DESC1:Diclazuril 25 Count Box
DESC2:Toltazo CAM 25 Count Box
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

For Veterinary Use Only, No Animal P
For Veterinary Use Only, No Animal Produ

TRK# 7752 0049 3230

Form
0430

PKG:CUSTOMER

S5 DXBA

TO HH Sheikh Mohammad Bin Rashid Al Maktoum
Dubai Camel Hospital Dr Ahsan Ul Haq
PO Box 9220
Dubai Al Ain Road Al Marmoom
Dubai,
UNITED ARAB EMIRATES, AE

(AE)

AWB

ORIGIN ID:BCTA (561) 801-5810
Seth Fiskman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

SHIP DATE: 13MAY19
ACTWGT: 40.00 LB
CAD: 105613497/INET4100

DIMS: 24x12x12 IN
BILL SENDER
EINVAT:

9715 0567 2727

FedEx.
Express

J191019010720uv

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** Seth Fishman DVM | **Ship Date :** 13 May, 2019 |
| **Telephone No. :** 561-801-5810 | |
| **E-Mail :** | **Air Waybill No. / Tracking No. / Bill of Lading :** 775200493230 |
| **Company Name/Address :** | |
| Equestology LLC. | **Invoice No. :   Purchase Order No. :** |
| 2565 S Ocean Blvd | |

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**

☐ Related     ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :** Commercial

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** HHSheikMohammadBinRashidAlMaktoum | ☑ Same as CONSIGNEE : |
| **Telephone No. :** 971506572727 | |
| **E-Mail :** | **Tax ID# :** |
| **Company Name/Address :** | **Company Name/Address :** |
| DubaiCamelHospital Dr Ahsan Ul Haq | |
| PO Box 9220 | |
| Dubai ALAIn Road Al Marmoom | |
| Dubai | |
| **Country :** United Arab Emirates | |
| | **Country :** |

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 2.00 | EA | Commercial - Diclazuril 25 Count Box For Veterinary Use Only. No Animal Products Used. Non Hazardous | | US | 50.000000 | 100.00 |
| | 4.00 | EA | Commercial - TolazoCAM 25 Count Box For Veterinary Use Only No Animal Products Used. Non Hazardous | | US | 25.000000 | 100.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 40.00 lbs | Terms of Sale : | |
|---|---|---|---|
| **Special Instructions :** | | Subtotal : | 200.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| **Declaration Statement(s) :** | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee | | Other : | |
| or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the | | | |
| authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from | | | |
| the U.S. government or as otherwise authorized by U.S. law and regulations. | | | |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 200.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |
| **Signature / Title / Date** *Mary Fox Office Manager 13 May 2019* | | 13 May, 2019 | |



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents, if your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements, such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:BCTA (561) 801-6810
Seth Fishman DVM
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

Ship Date: 11DEC18
TotWgt: 130.00 LB
CAD: 105613497/INET4040

Dims: 24x12x12 IN
BILL SENDER
EINVAT:

TO HHSheikMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAIn Road Al Marmoom

Dubai,
UNITED ARAB EMIRATES, AE

(AE)

971506572727

**FedEx** Express

TRK#  7739 3593 9980
1 of 4

Form
0430

**S5 DXBA**

**AWB**

PKG:CUSTOMER

PM
INTL ECONOMY

J18211803 1520uv

REF:
DESC1:Carnicort (25 Vial Count Box)Vitamin Supplements No Animal Pr
DESC2:
DESC3:
DESC4:
EEI NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 160.00 USD
CUSTOMS VALUE: 160.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/1018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC.
2505 S Ocean Blvd

Ship Date: 11DEC18
ActWgt: 130.00 LB
CAD: 105613497/INET4040

Dims: 24x12x12 IN
BILL SENDER
ENV/WT:

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO HHSheikMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAIn Road Al Marmoom
Dubai,
UNITED ARAB EMIRATES, AE

(AE)

9715065772727

FedEx Express

TRK# 7739 3593 9980    Form
1 of 4              0430

PM
INTL ECONOMY

S5 DXBA

AWB

PKG:CUSTOMER

J182118081520uv

REF:
DESC1:Carnicort (25 Vial Count Box)/Itamin Supplements No Animal Pr
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 160.00 USD
CUSTOMS VALUE: 160.00 USD

SIGN: Seth Fishman DVM
T/C: S 314291018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue                3/10

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

Ship Date: 11DEC18
ActWgt: 130.00 LB
CAD: 105613497/INET4040

Dims: 24x12x12 IN
BILL SENDER
EINVAT:

HIGHLAND BEACH, FL 33487
UNITED STATES, US

97150657227

TO HHSheikMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAin Road Al Marmoom
Dubai,
UNITED ARAB EMIRATES, AE

(AE)

AWB

FedEx Express

TRK# 7739 3593 9980
1 of 4

Form
0430

S5 DXBA

PKG:CUSTOMER

J182118081520uv

PM
INTL ECONOMY

REF:
DESC1:Carnicot (25 Vial Court Box)Vitamin Supplements No Animal Pr
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 160.00 USD
CUSTOMS VALUE: 160.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/1018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue

4/10

```
ORIGIN ID:BCTA                          SHIP DATE: 11DEC18
SETH FISHMAN, DVM                       ACTWGT: 38.00 LB
EQUESTOLOGY LLC                         CAD: 105613490/INET4040
2505 S OCEAN BLVD                       DIMS: 26x12x12 IN

HIGHLAND BEACH, FL 33487 US
SIGN: SETH FISHMAN DVM

(561) 901-5810                          BILL SENDER

TO HHSHEIKHMOHAMMADBINRASHIDALMAKTOUM
   DUBAICAMELHOSPITAL DR AHSAN UI HAQ
   PO BOX 9220
   DUBAI, ALAIN ROAD  AL MARMOOM

   DUBAI

   INV                                  (AE)
   PO
                                        552.J2/E4AF/DCA5
   REF:

   DEPT:
```

S5 DXBA

MPS# 7739 3593 9888
Mstr# 7739 3593 9980
[0441]
2 of 4

[0430]

-AE

396
DXB

INTL ECONOMY

PM

FedEx
Express

J18211809159znv

---

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means your container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road or to from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or conditions, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



ORIGIN ID:BCTA (561) 801-5810
SETH FISHMAN, DVM
EQUESTOLOGY LLC
2305 S OCEAN BLVD

HIGHLAND BEACH, FL 33487 US

SHIP DATE: 11DEC18
ACTWGT: 38.00 LB
CAD: 105613497/INET4040
DIMS: 26x17x12 IN

BILL SENDER

TO HH SHEIKH MOHAMMAD BIN RASHID AL MAKTOUM
DUBAI CAMEL HOSPITAL DR AHSAN UI HAQ
PO BOX 9220
DUBAI ALAIN ROAD AL MARMOOM
DUBAI
97150 572727

INV
PO
REF
DEPT

(AE)

MPS#
0441 7739 3594 0322
3 of 4
Mstr# 7739 3593 9980

S5 DXBA

[0430]

552.J2/E4AF/DCA5

**FedEx** Express

J182118001592dw

INTL ECONOMY
PM

396
DXB

·AE
DXB

After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims procedures may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited to this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER: | |
|---|---|
| Tax ID# : | |
| Contact Name : Seth Fishman DVM | Ship Date : 11 Dec, 2018 |
| Telephone No. : 561-801-5810 | |
| E-Mail : sethfishman@hotmail.com | Air Waybill No. / Tracking No. / Bill of Lading : 773935939980 |
| Company Name/Address : | |
| Equestology LLC. | Invoice No. : Purchase Order No. : |
| 2565 S Ocean Blvd | |
| | |
| HIGHLAND BEACH FL 33487 | |
| Country : United States | |
| Parties to Transaction: | |
| ☐ Related   ☐ Non-Related | |
| Payment Terms : | |
| Purpose of Shipment : Commercial | |

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| Tax ID# : | ☑ Same as CONSIGNEE : |
| Contact Name : HHSheikMohammadBinRashidAlMaktoum | |
| Telephone No. : 971506572727 | Tax ID# : |
| E-Mail : | Company Name/Address : |
| Company Name/Address : | |
| DubaiCamelHospital Dr Ahsan Ul Haq | |
| PO Box 9220 | |
| Dubai ALAIn Road Al Marmoom | |
| | |
| Dubai | |
| Country : United Arab Emirates | |
| | Country : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 20.00 | EA | Commercial - Camicort (25 Vial Count Box)Vitamin Supplements No Animal Products Used. Non Hazardous For Veterinary Use Only | | US | 8.000000 | 160.00 |

| Total No. of Packages : 4 | Total Weight (Indicate LBS or KGS) : 130.00 lbs | Terms of Sale : | |
|---|---|---|---|
| Special Instructions : | | Subtotal : | 160.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| Declaration Statement(s) : | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 160.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date    *Mary Fox Office Manager* 11 Dec 20 11 Dec, 2018

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| **Tax ID#** : | |
| **Contact Name** : Seth Fishman DVM | |
| **Telephone No.** : 561-801-5810 | **Ship Date** : 11 Dec, 2018 |
| **E-Mail** : sethfishman@hotmail.com | |
| **Company Name/Address** : | **Air Waybill No. / Tracking No. / Bill of Lading** : 773935939980 |
| Equestology LLC. | |
| 2565 S Ocean Blvd | **Invoice No.** :   **Purchase Order No.** : |

HIGHLAND BEACH FL 33487
**Country** : United States
**Parties to Transaction:**
☐ Related ☐ Non-Related

**Payment Terms** :

**Purpose of Shipment** : Commercial

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| **Tax ID#** : | ☑ Same as CONSIGNEE : |
| **Contact Name** : HHSheikhMohammadBinRashidAlMaktoum | |
| **Telephone No.** : 971506572727 | **Tax ID#** : |
| **E-Mail** : | **Company Name/Address** : |
| **Company Name/Address** : | |
| DubaiCamelHospital Dr Ahsan Ul Haq | |
| PO Box 9220 | |
| Dubai ALAln Road Al Marmoom | |
| Dubai | |
| **Country** : United Arab Emirates | |
| | **Country** : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 20.00 | EA | Commercial - Camicort (25 Vial Count Box)Vitamin Supplements No Animal Products Used. Non Hazardous For Veterinary Use Only | | US | 8.000000 | 160.00 |

| Total No. of Packages : 4 | Total Weight (Indicate LBS or KGS) : 130.00 lbs | | Terms of Sale : | |
|---|---|---|---|---|

| Special Instructions : | | Subtotal : | 160.00 |
|---|---|---|---|
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| **Declaration Statement(s) :** These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee | | Handling : | 0.00 |
| or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 160.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date   *Mary Fox Office Manager 11 Dec 2018*    11 Dec, 2018

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
Tax ID# :
**Contact Name :** Seth Fishman DVM
**Telephone No. :** 561-801-5810
**E-Mail :** sethfishman@hotmail.com
**Company Name/Address :**
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**

☐ Related   ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :** Commercial

**Ship Date :** 11 Dec, 2018

**Air Waybill No. / Tracking No. / Bill of Lading :** 773935939980

**Invoice No. : Purchase Order No. :**

**CONSIGNEE :**
Tax ID# :
**Contact Name :** HHSheikMohammadBinRashidAlMaktoum
**Telephone No. :** 971506572727
**E-Mail :**
**Company Name/Address :**
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAln Road Al Marmoom

Dubai
**Country :** United Arab Emirates

**SOLD TO (if different from Consignee) :**

☑ Same as CONSIGNEE :

**Tax ID# :**
**Company Name/Address :**

**Country :**

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by  ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 20.00 | EA | Commercial - Camicort (25 Vial Count Box)Vitamin Supplements No Animal Products Used. Non Hazardous For Veterinary Use Only | | US | 8.000000 | 160.00 |

| Total No. of Packages : 4 | Total Weight (Indicate LBS or KGS) : 130.00 lbs | Terms of Sale : | |
|---|---|---|---|

**Special Instructions :**

| | |
|---|---|
| Subtotal : | 160.00 |
| Insurance : | 0.00 |
| Freight : | 0.00 |
| Packing : | 0.00 |
| Handling : | 0.00 |
| Other : | 0.00 |

**Declaration Statement(s) :**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct

| Invoice Total : | 160.00 |
|---|---|
| Currency Code : | USD |

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :

Signature / Title / Date   *Mary Fox Office Manager 11 Dec 2018*   11 Dec, 2018



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping purposes. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or meters, manifests or waybills. The terms "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. In ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES US

TO HHSheikhMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAln Road Al Marmoom

Dubai,
UNITED ARAB EMIRATES, AE

SHIP DATE: 25JAN19
ACTWGT: 10.00 LB
CAD: 105613497/INET14100

DIMS: 12x12x12 IN
BILL SENDER
ENVWT:

971506572727

FedEx
Express

(AE)

J191019010720uv

X5 DXBA

AWB

PKG:CUSTOMER

TRK# 7743 1630 7490

Form
0430

PM
INTL PRIORITY

REF:
DESC1:Sample Pack. For Veterinary Use Only No Animal Products Used
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 25.00 USD
CUSTOMS VALUE: 25.00 USD

SIGN: Seth Fishman DVM
T/C: S 314291018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2665 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO HHSheikMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAIn Road Al Marmoom

Dubai,
UNITED ARAB EMIRATES, AE

SHIP DATE: 25JAN19
ACTWGT: 10.00 LB
CAD: 105613497/INET14100

DIMS: 12x12x12 IN
BILL SENDER
EINVAT:

9715065727272

(AE)

**FedEx** Express

J191019010720uv

TRK# 7743 1630 7490    Form 0430

PKG:CUSTOMER

**X5 DXBA**

**AWB**

PM
INTL PRIORITY

REF:
DESC1:Sample Pack. For Veterinary Use Only No Animal Products Used
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 25.00 USD
CUSTOMS VALUE: 25.00 USD

SIGN: Seth Fishman DVM
T/C: S 314291018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

**FEDEX AWB COPY - PLEASE PLACE IN POUCH**

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** Seth Fishman DVM | |
| **Telephone No. :** 561-801-5810 | **Ship Date :** 25 Jan, 2019 |
| **E-Mail :** | |
| **Company Name/Address :** | **Air Waybill No. / Tracking No. / Bill of Lading :** 774316307490 |
| Equestology LLC. | |
| 2565 S Ocean Blvd | **Invoice No. :   Purchase Order No. :** |

HIGHLAND BEACH FL 33487

**Country :** United States
**Parties to Transaction:**

☐ Related    ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :** Commercial

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** HHSheikMohammadBinRashidAlMaktoum | ☑ Same as CONSIGNEE : |
| **Telephone No. :** 971506572727 | |
| **E-Mail :** | **Tax ID# :** |
| **Company Name/Address :** | **Company Name/Address :** |
| DubaiCamelHospital Dr Ahsan Ul Haq | |
| PO Box 9220 | |
| Dubai ALAIn Road Al Marmoom | |
| Dubai | |
| **Country :** United Arab Emirates | |
| | **Country :** |

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☐ Exporter  ☑ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 1.00 | | EA | Commercial -  Sample Pack For Veterinary Use Only No Animal Products Used | | US | 25.000000 | 25.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 10.00 lbs | Terms of Sale : | |
|---|---|---|---|
| **Special Instructions :** | | Subtotal : | 25.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| **Declaration Statement(s) :** | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 25.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |
| Signature / Title / Date  *Mary Fox Office Manager   25 Jan 2019* | 25 Jan 2019 | | |

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
**Tax ID# :**
**Contact Name :** Seth Fishman DVM
**Telephone No. :** 561-801-5810
**E-Mail :**
**Company Name/Address :**
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**

☐ Related    ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :** Commercial

**Ship Date :** 25 Jan, 2019

**Air Waybill No. / Tracking No. / Bill of Lading :** 774316307490

**Invoice No. :   Purchase Order No. :**

**CONSIGNEE :**
**Tax ID# :**
**Contact Name :** HHSheikMohammadBinRashidAlMaktoum
**Telephone No. :** 971506572727
**E-Mail :**
**Company Name/Address :**
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAIn Road Al Marmoom

Dubai
**Country :** United Arab Emirates

**SOLD TO (if different from Consignee) :**

☑ Same as CONSIGNEE :

**Tax ID# :**
**Company Name/Address :**

**Country :**

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

**Duties and Taxes Payable by** ☐ Exporter ☑ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 1.00 | | EA | Commercial - Sample Pack For Veterinary Use Only No Animal Products Used | | US | 25.000000 | 25.00 |

| | |
|---|---|
| **Total No. of Packages :** 1    **Total Weight (Indicate LBS or KGS) :** 10.00 lbs | **Terms of Sale :** |
| **Special Instructions :** | **Subtotal :** 25.00 |
| | **Insurance :** 0.00 |
| | **Freight :** 0.00 |
| | **Packing :** 0.00 |
| **Declaration Statement(s) :** | **Handling :** 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | **Other :** |
| **I declare that all the information contained in this invoice to be true and correct** | |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | **Invoice Total :** 25.00 |
| | **Currency Code :** USD |
| Signature / Title / Date   *Mary Fox Office Manager 25 Jan 2019*   25 Jan, 2019 | |

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER :<br>Tax ID# :<br>**Contact Name** : Seth Fishman DVM<br>**Telephone No.** : 561-801-5810<br>E-Mail :<br>**Company Name/Address** :<br>Equestology LLC.<br>2565 S Ocean Blvd<br><br><br>HIGHLAND BEACH FL 33487<br>**Country** : United States<br>**Parties to Transaction:**<br>☐ Related ☐ Non-Related<br><br>**Payment Terms** :<br><br>**Purpose of Shipment** : Commercial | **Ship Date** : 25 Jan, 2019<br><br>**Air Waybill No. / Tracking No. / Bill of Lading** : 774316307490<br><br>**Invoice No.** : **Purchase Order No.** : |
|---|---|
| CONSIGNEE :<br>Tax ID# :<br>**Contact Name** : HHSheikMohammadBinRashidAlMaktoum<br>**Telephone No.** : 971506572727<br>E-Mail :<br>**Company Name/Address** :<br>DubaiCamelHospital Dr Ahsan Ul Haq<br>PO Box 9220<br>Dubai ALAIn Road Al Marmoom<br><br>Dubai<br>**Country** : United Arab Emirates | **SOLD TO (if different from Consignee)** :<br>☑ **Same as CONSIGNEE** :<br><br>Tax ID# :<br>**Company Name/Address** : |
| If there is a designated broker for this shipment, please provide contact information<br>Name of Broker Tel No. Contact Name | **Country** : |

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 1.00 | EA | | Commercial - Sample Pack For Veterinary Use Only No Animal Products Used | | US | 25.000000 | 25.00 |

| | | |
|---|---|---|
| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 10.00 lbs | |
| Special Instructions : | Terms of Sale : | |
| | Subtotal : | 25.00 |
| | Insurance : | 0.00 |
| | Freight : | 0.00 |
| | Packing : | 0.00 |
| Declaration Statement(s) : | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | Other : | |
| I declare that all the information contained in this invoice to be true and correct | Invoice Total : | 25.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | Currency Code : | USD |
| Signature / Title / Date    *Mary Fox Office Manager 25 Jan 2019*    25 Jan, 2019 | | |



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Warning: Use only the printed original label for shipping purposes. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damages, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements, such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:BCTA (561) 801-8810
Seth Fishman DVM
EquestologyLLC
2365 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES US

TO HHSheikhMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAIn Road Al Marmoom

Dubai,
UNITED ARAB EMIRATES, AE

SHIP DATE: 14MAR19
ACTWGT: 54.00 LB
CAD: 105613497/INET4100

DIMS: 18x18x10 IN
BILL SENDER
EINVAT:

9715065 72727

**FedEx**
Express

(AE)

TRK# 7747 0102 9223          Form
                            0430

**S5 DXBA**

PKG:CUSTOMER          **AWB**

J191019010720

PM
INTL ECONOMY

REF:
DESC1:ZincAMerol 25 Count Box For Veterinary Use Only Vitamin Supp
DESC2:ProCAMerol 25 Count Box For Veterinary Use Only Vitamin Supp
DESC3:SalmeloAM 25 Count Box For Veterinary Use Only Vitamin Supp
DESC4:NeuroCAM 25 Count Box For Veterinary Use Only Vitamin Supplem
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US US US
CARRIAGE VALUE: 302.00 USD
CUSTOMS VALUE: 302.00 USD

SIGN: Seth Fishman DVM
T/C: S 314291018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO HHSheikMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAIn Road Al Marmoom

Dubai,
UNITED ARAB EMIRATES, AE

SHIP DATE: 14MAR19
ACTWGT: 54.00 LB
CAD: 105613497/INET4100

DIMS: 18x18x10 IN
BILL SENDER
EINVAT:

TRK#  7747 0102 9223          Form
                              0430

PKG:CUSTOMER

(AE)    971506572727

S5 DXBA

AWB

PM
INTL ECONOMY

REF:
DESC1:ZincCAMerol 25 Count Box For Veterinary Use Only Vitamin Supp
DESC2:ProCAMerol 25 Count Box For Veterinary Use Only Vitamin Supp
DESC3:SameoILCAM 25 Count Box For Veterinary Use Only Vitamin Supp
DESC4:VeluCAM 25 Count Box For Veterinary Use Only Vitamin Supplem
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US US US
CARRIAGE VALUE: 302.00 USD
CUSTOMS VALUE: 302.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/1018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO HHSheikhMohammadBinRashidAlMaktoum
DubaiCamelHospital Dr Ahsan Ul Haq
PO Box 9220
Dubai ALAIn Road  Al Marmoom
Dubai,
UNITED ARAB EMIRATES, AE

TRK# 7747 0102 9223    Form
0430

PM
INTL ECONOMY

REF:
DESC1:ZincAMerol 25 Count Box For Veterinary Use Only Vitamin Supp
DESC2:ProCAMerol 25 Count Box For Veterinary Use Only Vitamin Supp
DESC3:SelmeticAM 25 Count Box For Veterinary Use Only Vitamin Supp
DESC4:NebulAM 25 Count Box For Veterinary Use Only Vitamin Suplem
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US US US
CARRIAGE VALUE: 302.00 USD
CUSTOMS VALUE: 302.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429 1018
D/T: R

SHIP DATE: 14MAR19
ACTWGT: 54.00 LB
CAD: 105613497/INET4100

DIMS: 18x18x10 IN
BILL SENDER
ENVAT:

9711506572727

FedEx
Express

(AE)

E

J191019010720uv

S5 DXBA

PKG:CUSTOMER

AWB

FEDEX AWB COPY - PLEASE PLACE IN POUCH

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| **Tax ID#** : | |
| **Contact Name** : Seth Fishman DVM | |
| **Telephone No.** : 561-801-5810 | |
| **E-Mail** : | **Ship Date** :  14 Mar, 2019 |
| **Company Name/Address** : | **Air Waybill No. / Tracking No. / Bill of Lading** :  774701029223 |
| Equestology LLC. | |
| 2565 S Ocean Blvd | **Invoice No.** :   **Purchase Order No.** : |
| | |
| HIGHLAND BEACH FL 33487 | |
| **Country** :  United States | |
| **Parties to Transaction:** | |
| ☐ Related    ☐ Non-Related | |
| **Payment Terms** : | |
| **Purpose of Shipment** :   Commercial | |

| CONSIGNEE : | |
|---|---|
| **Tax ID#** : | **SOLD TO (if different from Consignee)** : |
| **Contact Name** : HHSheikMohammadBinRashidAlMaktoum | ☑ Same as CONSIGNEE : |
| **Telephone No.** : 971506572727 | |
| **E-Mail** : | **Tax ID#** : |
| **Company Name/Address** : | **Company Name/Address** : |
| DubaiCamelHospital Dr Ahsan Ul Haq | |
| PO Box 9220 | |
| Dubai ALAIn Road Al Marmoom | |
| | |
| Dubai | |
| **Country** : United Arab Emirates | |
| | **Country** : |

**If there is a designated broker for this shipment, please provide contact information**
Name of Broker Tel No. Contact Name

**Duties and Taxes Payable by** ☐ Exporter ☑ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 6.00 | EA | Commercial – ZinCAMerol 25 Count Box For Veterinary Use Only Vitamin SupplementNo Hazardous Ingredients. No Animal Products | | US | 10.000000 | 60.00 |
| | 6.00 | EA | Commercial – ProCAMerol 25 Count Box For Veterinary Use Only Vitamin SupplementNo Hazardous Ingredients. No Animal Products | | US | 10.000000 | 60.00 |
| | 2.00 | EA | Commercial – SalmetaCAM 25 Count Box For Veterinary Use Only Vitamin SupplementNo Hazardous Ingredients. No Animal Products | | US | 10.000000 | 20.00 |
| | 6.00 | EA | Commercial – NebuCAM 25 Count Box For Veterinary Use Only Vitamin SupplementNo Hazardous Ingredients. No Animal Products | | US | 10.000000 | 60.00 |
| | 4.00 | EA | Commercial – KeteroCAM 25 Count Box For Veterinary Use Only Vitamin SupplementNo Hazardous Ingredients. No Animal Products | | US | 10.000000 | 40.00 |
| | 6.00 | EA | Commercial – NebuCAM C 25 Count Box For Veterinary Use Only Vitamin SupplementNo Hazardous Ingredients. No Animal Products | | US | 10.000000 | 60.00 |
| | 1.00 | EA | Commercial – NebuCAM C 5 Count Box For Veterinary Use Only Vitamin SupplementNo Hazardous Ingredients. No Animal Products | | US | 2.000000 | 2.00 |

| **Total No. of Packages** : 1 | **Total Weight (Indicate LBS or KGS)** : 54.00 lbs | | |
|---|---|---|---|
| **Special Instructions** : | | **Terms of Sale** : | |
| | | **Subtotal** : | 302.00 |
| | | **Insurance** : | 0.00 |
| | | **Freight** : | 0.00 |
| | | **Packing** : | 0.00 |
| **Declaration Statement(s)** : | | **Handling** : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | **Other** : | |
| **I declare that all the information contained in this invoice to be true and correct** | | **Invoice Total** : | 302.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual** : | | **Currency Code** : | USD |

**Signature / Title / Date**   *Mary Fox Office Manager 14 Mar 2019*   14 Mar, 2019



FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:BCTA    (561) 801-5810
SETH FISHMAN DVM

HIGHLAND BEACH, FL 33487 US
SIGN: SETH FISHMAN DVM
2565 SOUTH OCEAN BLVD

SHIP DATE: 25JAN19
ACTWGT: 10.00 LB
CAD: 105613497/INET14100

BILL SENDER

TO HH SHEIKH MOHAMMAD BINRASHID ALMAKTOUM
CO DUBAI EQUINE HOSPITAL
PO BOX 9373 ZABEEL
DR MARIO CASTRO

DUBAI
971506244210
INV:
PO:

REF:

DEPT:

TRK#    7743 1731 5430
0430

X5 DXBA

396
DXB

·AE

PM

INTL PRIORITY

FedEx
Express

E

J191018010702uv

NO EEI 30.37(a)

(AE)

565J2/D74C/23AD

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, limits FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. In any event, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM

2565 South Ocean Blvd

SHIP DATE: 25JAN19
ACTWGT: 10.00 LB
CAD: 105613497/INET4100

HIGHLAND BEACH, FL 33487
UNITED STATES, US

BILL SENDER
ENIVAI:

TO HHSheikMohammadBinRashid AlMaktoum
Co Dubai Equine Hospital
PO BOX 9373 Zabeel
Dr Mario Castro
Dubai,
UNITED ARAB EMIRATES, AE

9715062442610

(AE)

TRK# 7743 1731 5430      Form
                        0430

X5 DXBA
AWB

PKG:CUSTOMER

FedEx
Express

J191019010720uv

PM
INTL PRIORITY

REF:
DESC1:Sample Pack. For Veterinary Use Only No Animal Products Used
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 25.00 USD
CUSTOMS VALUE: 25.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/01/8
D/T: S 31429/01/8

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM

2565 South Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

SHIP DATE: 25JAN19
ACTWGT: 10.00 LB
CAD: 105613497/INET4100

BILL SENDER
EINVA1:

TO HHSheikMohammad BinRashid AlMaktoum
Co Dubai Equine Hospital
PO BOX 9373 Zabeel
Dr Mario Castro
Dubai,
UNITED ARAB EMIRATES, AE

97150624210

(AE)

**FedEx**
Express

**X5 DXBA**

AWB

J191019010720LW

TRK# 7743 1731 5430        Form 0430        PKG:CUSTOMER

PM
INTL PRIORITY

REF:
DESC1:Sample Pack  For Veterinary Use Only No Animal Products Used
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 25.00 USD
CUSTOMS VALUE: 25.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/1018
D/T: S 31429/1018

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

---

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM

2565 South Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

SHIP DATE: 25JAN19
ACTWGT: 10.00 LB
CAD: 105613497/INET4100

BILL SENDER
ENV/AT:

TO HHSheikMohammad BinRashid AlMaktoum
Co Dubai Equine Hospital
PO BOX 9373 Zabeel
Dr Mario Castro
Dubai,
UNITED ARAB EMIRATES, AE

9715062442410

(AE)

FedEx
Express

J191019010720uv

TRK# 7743 1731 5430

Form
0430

PKG:CUSTOMER

X5 DXBA

AWB

PM
INTL PRIORITY

REF:
DESC1:Sample Pack  For Veterinary Use Only No Animal Products Used
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 25.00 USD
CUSTOMS VALUE: 25.00 USD

SIGN: Seth Fishman DVM
T/C: $ 31429/1018
D/T: $ 31429/1018

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| Tax ID# : | |
| **Contact Name** : Seth Fishman DVM | |
| **Telephone No.** : 5618015810 | |
| E-Mail : | |
| **Company Name/Address** : | |
| Seth Fishman DVM | |
| 2565 South Ocean Blvd | |

**Ship Date** :  25 Jan, 2019

**Air Waybill No. / Tracking No. / Bill of Lading** :  774317315430

**Invoice No. :   Purchase Order No. :**

HIGHLAND BEACH FL 33487
**Country** :  United States
**Parties to Transaction:**

☐ Related   ☐ Non-Related

**Payment Terms** :

**Purpose of Shipment** :   Commercial

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| Tax ID# : | |
| **Contact Name** : HHSheikMohammad BinRashid AlMaktoum | ☑ Same as CONSIGNEE : |
| **Telephone No.** : 971506244210 | |
| E-Mail : | Tax ID# : |
| **Company Name/Address** : | **Company Name/Address** : |
| Co Dubai Equine Hospital | |
| PO BOX 9373 Zabeel | |
| Dr Mario Castro | |
| Dubai | |
| **Country** : United Arab Emirates | |
| | Country : |

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☑ Exporter   ☐ Consignee   ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | EA | Commercial -  Sample Pack For Veterinary Use Only No Animal Products Used | | US | 25.000000 | 25.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) :  10.00 lbs | | |
|---|---|---|---|
| **Special Instructions** : | | Terms of Sale : | FCA |
| | | Subtotal : | 25.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| **Declaration Statement(s)** : | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | 0 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 25.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date  *Mary Fox Office Manager 25 Jan 2019*   25 Jan, 2019

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
Tax ID# :
**Contact Name :** Seth Fishman DVM
**Telephone No. :** 5618015810
**E-Mail :**
**Company Name/Address :**
Seth Fishman DVM
2565 South Ocean Blvd

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**
☐ Related    ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :** Commercial

**Ship Date :** 25 Jan, 2019

**Air Waybill No. / Tracking No. / Bill of Lading :** 774317315430

**Invoice No. :   Purchase Order No. :**

**CONSIGNEE :**
Tax ID# :
**Contact Name :** HHSheikMohammad BinRashid AlMaktoum
**Telephone No. :** 971506244210
**E-Mail :**
**Company Name/Address :**
Co Dubai Equine Hospital
PO BOX 9373 Zabeel
Dr Mario Castro

Dubai
**Country :** United Arab Emirates

**SOLD TO (if different from Consignee) :**
☑ Same as CONSIGNEE :

Tax ID# :
Company Name/Address :

Country :

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | EA | Commercial - Sample Pack For Veterinary Use Only No Animal Products Used | | US | 25.000000 | 25.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 10.00 lbs | | |
|---|---|---|---|
| **Special Instructions :** | | **Terms of Sale :** | FCA |
| | | Subtotal : | 25.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| **Declaration Statement(s) :** | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | 0 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 25.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date  *Mary Fox Office Manager 25 Jan 2019*   25 Jan, 2019

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
**Tax ID# :**
**Contact Name :** Seth Fishman DVM
**Telephone No. :** 5618015810
**E-Mail :**
**Company Name/Address :**
Seth Fishman DVM
2565 South Ocean Blvd

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**

☐ Related   ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :**   Commercial

**Ship Date :**   25 Jan, 2019

**Air Waybill No. / Tracking No. / Bill of Lading :**   774317315430

**Invoice No. :   Purchase Order No. :**

**CONSIGNEE :**
**Tax ID# :**
**Contact Name :** HHSheikMohammad BinRashid AlMaktoum
**Telephone No. :** 971506244210
**E-Mail :**
**Company Name/Address :**
Co Dubai Equine Hospital
PO BOX 9373 Zabeel
Dr Mario Castro

Dubai
**Country :** United Arab Emirates

**SOLD TO (if different from Consignee) :**

☑ Same as CONSIGNEE :

**Tax ID# :**
**Company Name/Address :**

**Country :**

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☑ Exporter ☐ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | EA | Commercial - Sample Pack For Veterinary Use Only No Animal Products Used | | US | 25.000000 | 25.00 |

| | |
|---|---|
| **Total No. of Packages :** 1    **Total Weight (Indicate LBS or KGS) :** 10.00 lbs | **Terms of Sale :** FCA |
| **Special Instructions :** | **Subtotal :** 25.00 |
| | **Insurance :** 0.00 |
| | **Freight :** 0.00 |
| | **Packing :** 0.00 |
| **Declaration Statement(s) :** | **Handling :** 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | **Other :** 0 |
| **I declare that all the information contained in this invoice to be true and correct** | **Invoice Total :** 25.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :** | **Currency Code :** USD |
| **Signature / Title / Date**   *Mary Fox Office Manager 25 Jan 2019*   25 Jan, 2019 | |



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO Mr.Jawald Ibrahim Purchasing Dept
Al Reef Stables
Khaleej Al Arabi Street
H.H.SheikhTahnounBinZayedANahyan
Abu Dhabi,
UNITED ARAB EMIRATES, AE

SHIP DATE: 21JAN19
TOTWGT: 40.00 LB
CAD: 105613497/INET4100

DIMS: 27x11x11 IN
BILL THIRD PARTY
EINVAT:

(AE)

97155777842

AWB

X5 AUHA

PKG:CUSTOMER

FedEx.
Express

J191019010720uv

TRK# 7742 6905 3312
1 of 3

Form
0430

PM
INTL PRIORITY

REF:
DESC1:Succeed Paste (30 ct). For Veterinary Use Only. Non hazardou
DESC2:Sample Vials For Veterinary Use Only No Animal Products Used
DESC3:Sample TUBES For Veterinary Use Only No Animal Products Used
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US US
CARRIAGE VALUE: 74.00 USD
CUSTOMS VALUE: 74.00 USD

SIGN: Seth Fishman DVM
T/C: O 300983162
D/T: O 300983162

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO Mr.Jawaid Ibrahim Purchasing Dept
Al Reef Stables
Khaleej Al Arabi Street
H.H.SheikhTahnounBinZayedANahyan
Abu Dhabi,
UNITED ARAB EMIRATES, AE

SHIP DATE: 21JAN19
TOTWGT: 40.00 LB
CAD: 105613497/INET4100

DIMS: 27x11x11 IN
BILL THIRD PARTY
EINVAT:

(AE)

97155778642

FedEx
Express

J191019010720uv

TRK# 7742 6905 3312
1 of 3

Form
0430

X5 AUHA

PKG:CUSTOMER

AWB

PM
INTL PRIORITY

REF:
DESC1:Succeed Paste (30 ct), For Veterinary Use Only, Non hazardou
DESC2:Sample Vials For Veterinary Use Only No Animal Products Used
DESC3:Sample TUBES For Veterinary Use Only No Animal Products Used
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US US
CARRIAGE VALUE: 74.00 USD
CUSTOMS VALUE: 74.00 USD

SIGN: Seth Fishman DVM
T/C: O 300983162
D/T: O 300983162

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO Mr.Jawaid Ibrahim Purchasing Dept
Al Reef Stables
Khaleej Al Arabi Street
H.H.SheikhTahnounBinZayedANahyan
Abu Dhabi,
UNITED ARAB EMIRATES, AE

SHIP DATE: 21JAN19
TOTWGT: 40.00 LB
CAD: 105613497/INET4100

DIMS: 27x11x11 IN
BILL THIRD PARTY
ENV/AT:

(AE)

97155777B642

**FedEx**
Express

TRK# 7742 6905 3312
1 of 3

Form
0430

PKG:CUSTOMER

**X5 AUHA**

AWB

J191019010720uv

PM
INTL PRIORITY

REF:
DESC1:Succeed Paste (30 ct). For Veterinary Use Only; Non-hazardou
DESC2:Sample Vials For Veterinary Use Only No Animal Products Used
DESC3:Sample TUBES For Veterinary Use Only No Animal Products Used
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US US
CARRIAGE VALUE: 74.00 USD
CUSTOMS VALUE: 74.00 USD

SIGN: Seth Fishman DVM
T/C: O 300983162
D/T: O 300983162

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities (including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. If we are not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping purposes. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay an applicable supplementary charges. The international operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited to $100 per shipment. This limit is set in this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
Tax ID# :
Contact Name : Seth Fishman DVM
Telephone No. : 561-801-5810
E-Mail : sethfishman@hotmail.com
Company Name/Address :
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH FL 33487
Country : United States
Parties to Transaction:
☐ Related   ☐ Non-Related

Payment Terms :

Purpose of Shipment : Commercial

Ship Date : 21 Jan, 2019

Air Waybill No. / Tracking No. / Bill of Lading : 774269053312

Invoice No. :   Purchase Order No. :

**CONSIGNEE :**
Tax ID# :
Contact Name : Mr.Jawaid Ibrahim Purchasing Dept
Telephone No. : 971557778642
E-Mail :
Company Name/Address :
Al Reef Stables
Khaleej Al Arabi Street
H.H.SheikhTahnounBinZayedANahyan

Abu Dhabi
Country : United Arab Emirates

**SOLD TO (if different from Consignee) :**
☑ Same as CONSIGNEE :

Tax ID# :
Company Name/Address :

Country :

If there is a designated broker for this shipment, please provide contact information
Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by   ☐ Exporter   ☐ Consignee   ☑ Other   If Other, please specify Bill 3rd Party

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 7.00 | EA | Commercial - Succeed Paste (30 ct) For Veterinary Use Only. Non hazardous, contains NO animal products | | US | 10.000000 | 70.00 |
| | 1.00 | EA | Commercial - Sample Vials For Veterinary Use Only No Animal Products Used | | US | 1.000000 | 1.00 |
| | 3.00 | EA | Commercial - Sample TUBES For Veterinary Use Only No Animal Products Used | | US | 1.000000 | 3.00 |

Total No. of Packages : 3    Total Weight (Indicate LBS or KGS) : 40.00 lbs

Special Instructions :

| Terms of Sale : | |
|---|---|
| Subtotal : | 74.00 |
| Insurance : | 0.00 |
| Freight : | 0.00 |
| Packing : | 0.00 |
| Handling : | 0.00 |
| Other : | 0.00 |
| Invoice Total : | 74.00 |
| Currency Code : | USD |

**Declaration Statement(s) :**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :

Signature / Title / Date    *Mary Fox Office Manager 21 Jan 2019*    21 Jan, 2019



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay, or damage to your goods, as described below. For international shipments, the Warsaw Convention, as amended, liability. For example in the U.S. liability is limited to $9.07 per pound (205 per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Goods transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. We won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items. We act only as your agent for any customs clearance. Act of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health authorities) with actual or apparent authority. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, see current applicable FedEx Service Guide, the STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of international shipments. The right to damages against us shall be extinguished unless an action is brought within two (2) Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The claim amount may not be deducted from any charges owed to FedEx. In order for any claim to be considered, the shipment must be years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from any charges owed to FedEx. In order for any claim to be considered, the shipment must be shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, the original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders, or requirements, such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other provisions of this Air Waybill/contract of carriage, all of which remain in effect as indicated. FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

A-2

Presidential Camels vs. United States, 19-mj-6437-DLB- SDFL

Motion to Intervene

exhibitsticker.com



**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2505 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

SHIP DATE: 23OCT19
ACTWGT: 12.00 LB
CAD: 105613497/INET14160

BILL SENDER
EINVAT:

TO Bengawi Abdalgadir Abdalla
Presidential Camels&Camel Racing
Presidential Camel Racing
Camel Racing Affairs Centre
Al Ain,
UNITED ARAB EMIRATES, AE

9715078343173

(AE)

TRK# 7767 9840 8910      Form
0430

PKG:10KG BOX      X5 DXBA      AWB

PM
INTL PRIORITY

REF:
DESC1:Sample Pack   No Animal Products Used
DESC2:
DESC3:
DESC4:
EEI NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations

SIGN: Seth Fishman DVM
T/C: 3 314291018
D/T: R

COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



ORIGIN ID:BCTA, (561) 801-5810
Seth Fishman DVM
Equestology LLC
2505 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

SHIP DATE: 23OCT19
ACTWGT: 17.200 LB
CAD: 105613497/INET14160

BILL SENDER
EINVAT:

TO Bengawi Abdalgadir Abdalla
Presidential Camels&Camel Racing
Presidential Camel Racing
Camel Racing Affairs Centre
Al Ain,
UNITED ARAB EMIRATES, AE

(AE)

9715078343T3

FedEx.
Express

J192119091920uv

TRK# 7767 9840 8910

Form
0430

PKG:10KG BOX

X5 DXBA

AWB

PM
INTL PRIORITY

REF:
DESC1:Sample Pack  No Animal Products Used
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations

SIGN: Seth Fishman DVM
T/C: S 314291018
D/T: R

COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** Seth Fishman DVM | **Ship Date :** 23 Oct, 2019 |
| **Telephone No. :** 561-801-5810 | **Air Waybill No. / Tracking No. / Bill of Lading :** 776798408910 |
| **E-Mail :** | |
| **Company Name/Address :** | **Invoice No. :   Purchase Order No. :** |
| Equestology LLC. | |
| 2565 S Ocean Blvd | |
| | |
| HIGHLAND BEACH FL 33487 | |
| **Country :** United States | |
| **Parties to Transaction:** | |
| ☐ Related   ☐ Non-Related | |
| **Payment Terms :** | |
| **Purpose of Shipment :**  Sample | |

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** Bengawi Abdalgadir Abdalla | ☑ Same as CONSIGNEE : |
| **Telephone No. :** 971507834373 | |
| **E-Mail :** | **Tax ID# :** |
| **Company Name/Address :** | **Company Name/Address :** |
| Presidential Camels&Camel Racing | |
| Presidential Camel Racing | |
| Camel Racing Affairs Centre | |
| | |
| Al Ain | |
| **Country :** United Arab Emirates | |
| | **Country :** |

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 48.00 | EA | Sample - Sample Pack No Animal Products Used | | US | 0.020833 | 1.00 |

| Total No. of Packages : 1 | Total Weight (indicate LBS or KGS) : 12.00 lbs | Terms of Sale : | |
|---|---|---|---|
| **Special Instructions :** | | Subtotal : | 1.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| | | Handling : | 0.00 |

| Declaration Statement(s) : | Other : | |
|---|---|---|
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | |
| I declare that all the information contained in this invoice to be true and correct | Invoice Total : | 1.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | Currency Code : | USD |
| Signature / Title / Date   *Mary Fox Office manager 23 Oct 2019* | 23 Oct, 2019 | |

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
Tax ID# :
Contact Name : Seth Fishman DVM
Telephone No. : 561-801-5810
E-Mail :
Company Name/Address :
Equestology LLC.
2555 S Ocean Blvd

HIGHLAND BEACH FL 33487
Country : United States
Parties to Transaction:

☐ Related   ☐ Non-Related

Payment Terms :

Purpose of Shipment :  Sample

Ship Date :  23 Oct, 2019
Air Waybill No. / Tracking No. / Bill of Lading :  776798408910
Invoice No. :   Purchase Order No. :

**CONSIGNEE :**
Tax ID# :
Contact Name : Bengawi Abdalgadir Abdalla
Telephone No. : 971507834373
E-Mail :
Company Name/Address :
Presidential Camels&Camel Racing
Presidential Camel Racing
Camel Racing Affairs Centre

Al Ain
Country : United Arab Emirates

**SOLD TO (if different from Consignee) :**
☑ Same as CONSIGNEE :

Tax ID# :
Company Name/Address :

Country :

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☐ Exporter ☑ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 48.00 | EA | Sample - Sample Pack No Animal Products Used | | US | 0.020833 | 1.00 |

| | | |
|---|---|---|
| Total No. of Packages :  1 | Total Weight (Indicate LBS or KGS) :  12.00 lbs | Terms of Sale : |
| Special Instructions : | | Subtotal : | 1.00 |

| | |
|---|---|
| Subtotal : | 1.00 |
| Insurance : | 0.00 |
| Freight : | 0.00 |
| Packing : | 0.00 |
| Handling : | 0.00 |
| Other : | |

Declaration Statement(s) :
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct | Invoice Total : | 1.00 |
Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | Currency Code : | USD |

Signature / Title / Date  *Mary Fox Office Manager 23 Oct 2019*   23 Oct, 2019

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| Tax ID# : | |
| Contact Name : Seth Fishman DVM | **Ship Date :** 23 Oct, 2019 |
| Telephone No. : 561-801-5810 | |
| E-Mail : | **Air Waybill No. / Tracking No. / Bill of Lading :** 776798408910 |
| Company Name/Address : | |
| Equestology LLC. | **Invoice No. :   Purchase Order No. :** |
| 2565 S Ocean Blvd | |

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**

☐ Related     ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :** Sample

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| Tax ID# : | |
| Contact Name : Bengawi Abdalgadir Abdalla | ☑ Same as CONSIGNEE : |
| Telephone No. : 971507834373 | |
| E-Mail : | Tax ID# : |
| Company Name/Address : | Company Name/Address : |
| Presidential Camels&Camel Racing | |
| Presidential Camel Racing | |
| Camel Racing Affairs Centre | |
| | |
| Al Ain | |
| **Country :** United Arab Emirates | |
| | **Country :** |

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 48.00 | EA | Sample - Sample Pack No Animal Products Used | | US | 0.020833 | 1.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 12.00 lbs | Terms of Sale : | |
|---|---|---|---|
| Special Instructions : | | Subtotal : | 1.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| Declaration Statement(s) : | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee | Other : | |
| or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the | | |
| authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from | | |
| the U.S. government or as otherwise authorized by U.S. law and regulations. | | |
| I declare that all the information contained in this Invoice to be true and correct | | Invoice Total : | 1.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date   *Mary Fox Office Manager 23 Oct 2019*   23 Oct, 2019



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC.
2565 S Ocean Blvd

SHIP DATE: 18JUL19
ACTWGT: 15.00 LB
CAD: 105613497/INET14160

HIGHLAND BEACH, FL 33487
UNITED STATES US

BILL SENDER
EINWAT:

TO Bengawi Abdalgadir Abdalla
Presidential Camels&Camel Racing
Presidential Camel Racing
Camel Racing Affairs Centre
Al Ain,
UNITED ARAB EMIRATES, AE

9715078343373

TRK# 7757 7832 5598     Form
0430

PM
INTL PRIORITY
REF:
DESC1:Drink Sample Packs
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

PKG:CUSTOMER

X5 DXBA

(AE)

AWB

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Seth Fishman DVM
T/C: S 314291018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

TO Bengawi Abdalqadir Abdalla
Presidential Camels&Camel Racing
Presidential Camel Racing
Camel Racing Affairs Centre
Al Ain,
UNITED ARAB EMIRATES, AE

SHIP DATE: 18JUL19
ACTWGT: 15.00 LB
CAD: 105613467/INET4160

BILL SENDER
ENV/A1

9715078434373

(AE)

X5 DXBA

AWB

PM
INTL PRIORITY

TRK# 7757 7832 5598          Form
0430

REF:
DESC1:Drink Sample Packs
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

PKG:CUSTOMER

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/1018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
**Tax ID# :**
**Contact Name :** Seth Fishman DVM
**Telephone No. :** 561-801-5810
**E-Mail :**
**Company Name/Address :**
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**

☐ Related     ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :**  Sample

**Ship Date :**   18 Jul, 2019

**Air Waybill No. / Tracking No. / Bill of Lading :**  775578325598

**Invoice No. :   Purchase Order No. :**

**CONSIGNEE :**
**Tax ID# :**
**Contact Name :**  Bengawi Abdalgadir Abdalla
**Telephone No. :**  971507834373
**E-Mail :**
**Company Name/Address :**
Presidential Camels&Camel Racing
Presidential Camel Racing
Camel Racing Affairs Centre

Al Ain
**Country :**  United Arab Emirates

**SOLD TO (if different from Consignee) :**

☑ Same as CONSIGNEE

**Tax ID# :**
**Company Name/Address :**

**Country :**

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name

Duties and Taxes Payable by ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 9.00 | EA | Sample -  Drink Sample Packs | | US | 0.111111 | 1.00 |

| | | |
|---|---|---|
| **Total No. of Packages :** 1 | **Total Weight (Indicate LBS or KGS) :** 15.00 lbs | **Terms of Sale :** |
| **Special Instructions :** | | **Subtotal :** 1.00 |
| | | **Insurance :** 0.00 |
| | | **Freight :** 0.00 |
| | | **Packing :** 0.00 |
| **Declaration Statement(s) :** | | **Handling :** 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | **Other :** |
| **I declare that all the information contained in this invoice to be true and correct** | | **Invoice Total :** 1.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :** | | **Currency Code :** USD |

Signature / Title / Date  *Mary Fox Office Manager 18 Jul 2019*          18 Jul, 2019

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** Seth Fishman DVM | **Ship Date :**  18 Jul, 2019 |
| **Telephone No. :** 561-801-5810 | |
| **E-Mail :** | **Air Waybill No. / Tracking No. / Bill of Lading :**  775778325598 |
| **Company Name/Address :** | |
| Equestology LLC. | **Invoice No. :   Purchase Order No. :** |
| 2565 S Ocean Blvd | |

HIGHLAND BEACH FL 33487
**Country :**  United States
**Parties to Transaction:**

☐ Related   ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment :**  Sample

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| **Tax ID# :** | |
| **Contact Name :** Bengawi Abdalgadir Abdalla | ☑ Same as CONSIGNEE : |
| **Telephone No. :** 971507834373 | |
| **E-Mail :** | **Tax ID# :** |
| **Company Name/Address :** | **Company Name/Address :** |
| Presidential Camels&Camel Racing | |
| Presidential Camel Racing | |
| Camel Racing Affairs Centre | |
| | |
| Al Ain | |
| **Country :** United Arab Emirates | |
| | **Country :** |

**If there is a designated broker for this shipment, please provide contact information**
**Name of Broker Tel No. Contact Name**

**Duties and Taxes Payable by** ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 9.00 | EA | Sample - Drink Sample Packs | | US | 0.111111 | 1.00 |

| **Total No. of Packages :** 1 | **Total Weight (Indicate LBS or KGS) :** 15.00 lbs | | |
|---|---|---|---|
| **Special Instructions :** | | **Terms of Sale :** | |
| | | **Subtotal :** | 1.00 |
| | | **Insurance :** | 0.00 |
| | | **Freight :** | 0.00 |
| | | **Packing :** | 0.00 |
| **Declaration Statement(s) :** | | **Handling :** | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | **Other :** | |
| **I declare that all the information contained in this invoice to be true and correct** | | **Invoice Total :** | 1.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :** | | **Currency Code :** | USD |
| **Signature / Title / Date**    Mary Fox Office Manager 18 Jul 2019 | | 18 Jul, 2019 | |

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| Tax ID# : | |
| Contact Name : Seth Fishman DVM | Ship Date : 18 Jul, 2019 |
| Telephone No. : 561-801-5810 | |
| E-Mail : | Air Waybill No. / Tracking No. / Bill of Lading : 775778325598 |
| Company Name/Address : | |
| Equestology LLC, | Invoice No. :   Purchase Order No. : |
| 2565 S Ocean Blvd | |

HIGHLAND BEACH FL 33487
Country : United States
Parties to Transaction:

☐ Related   ☐ Non-Related

Payment Terms :

Purpose of Shipment :   Sample

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| Tax ID# : | |
| Contact Name : Bengawi Abdalgadir Abdalla | ☑ Same as CONSIGNEE : |
| Telephone No. : 971507834373 | |
| E-Mail : | Tax ID# : |
| Company Name/Address : | Company Name/Address : |
| Presidential Camels&Camel Racing | |
| Presidential Camel Racing | |
| Camel Racing Affairs Centre | |
| Al Ain | |
| Country : United Arab Emirates | |
| | Country : |

If there is a designated broker for this shipment, please provide contact information
Name of Broker Tel No. Contact Name
Duties and Taxes Payable by   ☐ Exporter   ☑ Consignee   ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 9.00 | EA | Sample -  Drink Sample Packs | | US | 0.111111 | 1.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 15.00 lbs | | |
|---|---|---|---|
| Special Instructions : | | Terms of Sale : | |
| | | Subtotal : | 1.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| Declaration Statement(s) : | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 1.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date     Mary Fox Office Manager 18 Jul 2019     18 Jul, 2019



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means all packages which are tendered to and accepted by us as a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us as a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



ORIGIN ID:FLRT (561) 801-5810
Seth Fishman DVM
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

SHIP DATE: 12AUG19
ACTWGT: 800.00 LB
CAD: 105613497/INET14160

DIMS: 48x40x55 IN
BILL SENDER
ENVAT:

TO Bengawi Abdalgadir Abdalla
Presidential Camels&Camel Racing
Al Twar Road

Dubai City,
UNITED ARAB EMIRATES, AE

9715078437373

(AE)

FedEx
Express

XY DXBRT

AWB

HLD
PKG:CUSTOMER

J192019062420uv

TRK# 7759 5724 3970

Form
0430

H2
INTL PRI FRT

REF:
DESC1:IDM 16 Count Box.Contains No Animal products and is Non haz
DESC2:Carnicar Equalce 25 Count Box/Vitamin Supplements. No Animal
DESC3:HP Bleeder 25 Count Box.Contains No anmal products
DESC4:Thunder Silver Drink/No Animal Products or Hazardous Material
EEI:NO FTR 30.37(a)
BOOKING#: 201908/12

SLAC: 1

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US US US
CARRIAGE VALUE: 9.00 USD
CUSTOMS VALUE: 9.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429 1018
D/T: R

FEDEX AWB COPY - PLEASE PLACE IN POUCH

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



ORIGIN ID:FLLRT (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES US

TO Bengawi Abdalgadir Abdalla
Presidential Camels&Camel Racing
Al Twar Road

Dubai City,
UNITED ARAB EMIRATES, AE

SHIP DATE: 12AUG19
ACTWGT: 800.00 LB
CAD: 105613497/INET/4160

DIMS: 48x40x55 IN
BILL SENDER
EINVAT:

9715078343 73

(AE)

FedEx
Express

J192019062420uv

TRK# 7759 5724 3970        Form
0430

XY DXBRT
HLD        AWB
PKG:CUSTOMER

H2
INTL PRI FRT

REF:
DESC1:IDM 16 Count Box Contains No Animal products and is Non haz
DESC2:Carnicar EquiAce 25 Count Box/Vitamin Supplements. No Animal
DESC3:HP Bleeder 25 Count Box Contains No animal products
DESC4:Thunder Silver Drink/No Animal Products or Hazardous Material
EEI: NO FEI 30.37(a)
BOOKING#: 2019 08/12

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

SLAC: 1

COUNTRY MFG: US US US US
CARRIAGE VALUE: 9.00 USD
CUSTOMS VALUE: 9.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

---

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



After printing this label:

**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

FedEx Ship Manager - Print Your Label(s)

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | | |
|---|---|---|
| Tax ID# : | | |
| Contact Name : Seth Fishman DVM | Ship Date : 12 Aug, 2019 | |
| Telephone No. : 561-801-5810 | Air Waybill No. / Tracking No. / Bill of Lading : 775957243970 | |
| E-Mail : | | |
| Company Name/Address : | Invoice No. : Purchase Order No. : | |
| Equestology LLC. | | |
| 2565 S Ocean Blvd | | |

HIGHLAND BEACH FL 33487
Country : United States
Parties to Transaction:
◻ Related ◻ Non-Related

Payment Terms :

Purpose of Shipment : Sample

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| Tax ID# : | ☑ Same as CONSIGNEE : |
| Contact Name : Bengawi Abdalgadir Abdalla | |
| Telephone No. : 971507834373 | Tax ID# : |
| E-Mail : | Company Name/Address : |
| Company Name/Address : | |
| Presidential Camels&Camel Racing | |
| Al Twar Road | |
| Dubai City | |
| Country : United Arab Emirates | |
| | Country : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by ◻ Exporter ☑ Consignee ◻ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 25.00 | EA | Sample - IDM 16 Count Box Contains No Animal products and is Non hazardous. | | US | 0.040000 | 1.00 |
| | 36.00 | EA | Sample - Camicar EquiAce 25 Count BoxVitamin Supplements. No Animal Products Used | | US | 0.027778 | 1.00 |
| | 6.00 | EA | Sample - HP Bleeder 25 Count Box Contains No animal products | | US | 0.166667 | 1.00 |
| | 558.00 | EA | Sample - Thunder Silver DrinkNo Animal Products or Hazardous Materials Used | | US | 0.001792 | 1.00 |
| | 54.00 | EA | Sample - Thunder XS Silver SampleNo Animal Products or Hazardous Materials Used | | US | 0.018519 | 1.00 |
| | 504.00 | EA | Sample - Brave Gold DrinkNo Animal Products or Hazardous Materials Used | | US | 0.001984 | 1.00 |
| | 504.00 | EA | Sample - New Life RedNo Animal Products or Hazardous Materials Used | | US | 0.001984 | 1.00 |
| | 54.00 | EA | Sample - New Life Plus Free SampleNo Animal Products or Hazardous Materials Used | | US | 0.018519 | 1.00 |
| | 522.00 | EA | Sample - 7Sport GreenNo Animal Products or Hazardous Materials Used | | US | 0.001916 | 1.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 800.00 lbs | Terms of Sale : | |
|---|---|---|---|
| Special Instructions : | | Subtotal : | 9.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| | | Handling : | 0.00 |

Declaration Statement(s) :
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

| Other : | |
|---|---|
| Invoice Total : | 9.00 |
| Currency Code : | USD |

I declare that all the information contained in this invoice to be true and correct

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :

Signature / Title / Date    M Fx Office Manager  12 Aug 2019    12 Aug, 2019

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| Tax ID# : | |
| Contact Name : Seth Fishman DVM | **Ship Date :** 12 Aug, 2019 |
| Telephone No. : 561-801-5810 | |
| E-Mail : | **Air Waybill No. / Tracking No. / Bill of Lading :** 775957243970 |
| Company Name/Address : | |
| Equestology LLC. | **Invoice No. :   Purchase Order No. :** |
| 2565 S Ocean Blvd | |

HIGHLAND BEACH FL 33487
**Country :** United States
**Parties to Transaction:**

☐ Related  ☑ Non-Related

**Payment Terms :**

**Purpose of Shipment :** Sample

| CONSIGNEE : | **SOLD TO (if different from Consignee) :** |
|---|---|
| Tax ID# : | ☑ **Same as CONSIGNEE :** |
| Contact Name : Bengawi Abdalgadir Abdalla | |
| Telephone No. : 971507834373 | **Tax ID# :** |
| E-Mail : | **Company Name/Address :** |
| Company Name/Address : | |
| Presidential Camels&Camel Racing | |
| Al Twar Road | |
| | |
| Dubai City | |
| **Country :** United Arab Emirates | |
| | **Country :** |

If there is a designated broker for this shipment, please provide contact information

**Name of Broker    Tel No.    Contact Name**

**Duties and Taxes Payable by** ☐ Exporter ☑ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 25.00 | EA | Sample - IDM 16 Count Box Contains No Animal products and is Non hazardous. | | US | 0.040000 | 1.00 |
| | 36.00 | EA | Sample - Camicar EquiAce 25 Count BoxVitamin Supplements. No An imal Products Used | | US | 0.027778 | 1.00 |
| | 6.00 | EA | Sample - HP Bleeder 25 Count Box Contains No animal products | | US | 0.166667 | 1.00 |
| | 558.00 | EA | Sample - Thunder Silver DrinkNo Animal Products or Hazardous Mate rials Used | | US | 0.001792 | 1.00 |
| | 54.00 | EA | Sample - Thunder XS Silver SampleNo Animal Products or Hazardous Materials Used | | US | 0.018519 | 1.00 |
| | 504.00 | EA | Sample - Brave Gold DrinkNo Animal Products or Hazardous Material s Used | | US | 0.001984 | 1.00 |
| | 504.00 | EA | Sample - New Life RedNo Animal Products or Hazardous Materials U sed | | US | 0.001984 | 1.00 |
| | 54.00 | EA | Sample - New Life Plus Free SampleNo Animal Products or Hazardou s Materials Used | | US | 0.018519 | 1.00 |
| | 522.00 | EA | Sample - 7Sport GreenNo Animal Products or Hazardous Materials U sed | | US | 0.001916 | 1.00 |

| Total No. of Packages : 1 | Total Weight (Indicate LBS or KGS) : 800.00 lbs | Terms of Sale : | |
|---|---|---|---|
| Special Instructions : | | Subtotal : | 9.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |

**Declaration Statement(s) :**
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

| Handling : | 0.00 |
|---|---|
| Other : | |
| Invoice Total : | 9.00 |
| Currency Code : | USD |

I declare that all the information contained in this invoice to be true and correct

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :

Signature / Title / Date    M Fox Office Manager  12 Aug 2019    12 Aug, 2019

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
Tax ID# :
Contact Name : Seth Fishman DVM
Telephone No. : 561-801-5810
E-Mail :
Company Name/Address :
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH FL 33487
Country : United States
Parties to Transaction:
☐ Related   ☐ Non-Related

Payment Terms :

Purpose of Shipment : Sample

Ship Date : 12 Aug, 2019
Air Waybill No. / Tracking No. / Bill of Lading : 775957243970
Invoice No. :  Purchase Order No. :

**CONSIGNEE :**
Tax ID# :
Contact Name : Bengawi Abdalgadir Abdalla
Telephone No. : 971507834373
E-Mail :
Company Name/Address :
Presidential Camels&Camel Racing
Al Twar Road

Dubai City
Country : United Arab Emirates

**SOLD TO (if different from Consignee) :**
☑ Same as CONSIGNEE :
Tax ID# :
Company Name/Address :

Country :

If there is a designated broker for this shipment, please provide contact information
Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by  ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 25.00 | EA | Sample - IDM 16 Count Box Contains No Animal products and is Non hazardous. | | US | 0.040000 | 1.00 |
| | 36.00 | EA | Sample - Camicar EquiAce 25 Count BoxVitamin Supplements. No Animal Products Used | | US | 0.027778 | 1.00 |
| | 6.00 | EA | Sample - HP Bleeder 25 Count Box Contains No animal products | | US | 0.166667 | 1.00 |
| | 558.00 | EA | Sample - Thunder Silver DrinkNo Animal Products or Hazardous Materials Used | | US | 0.001792 | 1.00 |
| | 54.00 | EA | Sample - Thunder XS Silver SampleNo Animal Products or Hazardous Materials Used | | US | 0.018519 | 1.00 |
| | 504.00 | EA | Sample - Brave Gold DrinkNo Animal Products or Hazardous Materials Used | | US | 0.001984 | 1.00 |
| | 504.00 | EA | Sample - New Life RedNo Animal Products or Hazardous Materials Used | | US | 0.001984 | 1.00 |
| | 54.00 | EA | Sample - New Life Plus Free SampleNo Animal Products or Hazardous Materials Used | | US | 0.018519 | 1.00 |
| | 522.00 | EA | Sample - 7Sport GreenNo Animal Products or Hazardous Materials Used | | US | 0.001916 | 1.00 |

Total No. of Packages : 1    Total Weight (Indicate LBS or KGS) : 800.00 lbs

Special Instructions :

| Terms of Sale : | |
|---|---|
| Subtotal : | 9.00 |
| Insurance : | 0.00 |
| Freight : | 0.00 |
| Packing : | 0.00 |
| Handling : | 0.00 |
| Other : | |
| Invoice Total : | 9.00 |
| Currency Code : | USD |

Declaration Statement(s) :
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :

Signature / Title / Date   M Fox Office Manager 12 Aug 2019     12 Aug, 2019



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order to us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

Ship Date: 03OCT18
ToWgt: 47.00 LB
CAD: 105613497/INET4040

Dims: 24x12x12 IN
BILL SENDER
ENV/AT:

TO Khatm Al Shikla
Bengawi Abdalgadir ScientificCenter
Bengawi Abdalgadir ScientificCenter

Al Ain,
UNITED ARAB EMIRATES, AE

(AE)

9715078434373

FedEx Express

TRK# 7733 8566 1489
1 of 2

Form
0430

PM
INTL ECONOMY

S5 DXBA

AWB

PKG:CUSTOMER

REF:
DESC1:IDM 16 Count Box Contains No Animal products and is Non haza
DESC2:Equi-Ace 25 Count Box For or Veterinary Use Only No Hazardous Ing
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US
CARRIAGE VALUE: 158.00 USD
CUSTOMS VALUE: 158.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429/1018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss of delay of or
damage to your shipment. Subject to the conditions of the
contract in the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd

HIGHLAND BEACH, FL 33487
UNITED STATES, US

Ship Date: 03OCT18
TotWgt: 4.00 LB
CAD: 105613497/INET4040

Dims: 24x12x12 IN
BILL SENDER
ENVWT:

TO Khatm Al Shkla
Bengawi Abdalgadir ScientificCenter
Bengawi Abdalgadir ScientificCenter

Al Ain,
UNITED ARAB EMIRATES, AE

(AE)

97150783437 3

FedEx Express

TRK# 7733 8566 1489
1 of 2

Form
0430

S5 DXBA
AWB

PKG:CUSTOMER

J182118081520uv

REF:
PM
INTL ECONOMY
DESC1:IDM 16 Count Box Contains No Animal products and is Non haza
DESC2:Equi-Ace 25 Count Box For or Veterinary Use Only No Hazardous Ing
DESC3:
DESC4:
EEI NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US US
CARRIAGE VALUE: 158.00 USD
CUSTOMS VALUE: 158.00 USD

COUNTRY MFG: US US
CARRIAGE VALUE: 158.00 USD
CUSTOMS VALUE: 158.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429 1018
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:BCTA (561) 801-5810
Seth Fishman DVM
Equestology LLC
2565 S Ocean Blvd
HIGHLAND BEACH, FL 33487
UNITED STATES, US

Ship Date: 03OCT18
ActWgt: 47.00 LB
CAD: 105613497/INET4040

Dims: 24x12x12 IN
BILL SENDER
ENVWT:

TO Khatm Al Shkla
Bengawi Abdalgadir ScientificCenter
Bengawi Abdalgadir ScientificCenter
Al Ain,
UNITED ARAB EMIRATES, AE

(AE)

97150783437 3

FedEx
Express

TRK# 7733 8566 1489
1 of 2

Form
0430

PKG:CUSTOMER

S5 DXBA

AWB

J18211808152 0uv

PM
INTL ECONOMY

REF:
DESC1:IDM 16 Count Box Contains No Animal products and is Non haza
DESC2:Equi-Ace 25 Count Box For or Veterinary Use Only No Hazardous Ing
DESC3:
DESC4:
EEI NO EEI 30.37(a)

COUNTRY MFG: US US
CARRIAGE VALUE: 158.00 USD
CUSTOMS VALUE: 158.00 USD

SIGN: Seth Fishman DVM
T/C: S 31429 1018
D/T: R

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments covered by the CMR, or those international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER : | |
|---|---|
| Tax ID# : | |
| Contact Name : Seth Fishman DVM | Ship Date : 03 Oct, 2018 |
| Telephone No. : 561-801-5810 | |
| E-Mail : sethfishman@hotmail.com | Air Waybill No. / Tracking No. / Bill of Lading : 773385661489 |
| Company Name/Address : | |
| Equestology LLC. | Invoice No. : Purchase Order No. : |
| 2565 S Ocean Blvd | |
| | |
| HIGHLAND BEACH FL 33487 | |
| Country : United States | |
| Parties to Transaction: | |
| ☐ Related   ☐ Non-Related | |
| Payment Terms : | |
| Purpose of Shipment : Commercial | |

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| Tax ID# : | |
| Contact Name : Khatm Al Shikla | ☑ Same as CONSIGNEE : |
| Telephone No. : 971507834373 | |
| E-Mail : | Tax ID# : |
| Company Name/Address : | Company Name/Address : |
| Bengawi Abdalgadir ScientificCenter | |
| Bengawi Abdalgadir ScientificCenter | |
| | |
| Al Ain | |
| Country : United Arab Emirates | |
| | Country : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by  ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 19.00 | EA | Commercial - IDM 16 Count Box Contains No Animal products and is Non hazardous. | | US | 5.000000 | 95.00 |
| | 14.00 | EA | Commercial - Equi-Ace 25 Count BoxFor Veterinary Use OnlyNo Hazardous Ingredients. No Animal Products | | US | 4.500000 | 63.00 |

| Total No. of Packages : 2 | Total Weight (Indicate LBS or KGS) : 47.00 lbs | Terms of Sale : | |
|---|---|---|---|

| Special Instructions : | | Subtotal : | 158.00 |
|---|---|---|---|
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| **Declaration Statement(s) :** | | Handling : | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other : | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 158.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date   *Mary Fox Office Manager 03 Oct 2018*   03 Oct, 2018

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER :**
Tax ID# :
Contact Name : Seth Fishman DVM
Telephone No. : 561-801-5810
E-Mail : sethfishman@hotmail.com
Company Name/Address :
Equestology LLC.
2565 S Ocean Blvd

HIGHLAND BEACH FL 33487
Country : United States
Parties to Transaction:

☐ Related   ☐ Non-Related

Payment Terms :

Purpose of Shipment :  Commercial

Ship Date :   03 Oct, 2018
Air Waybill No. / Tracking No. / Bill of Lading :  773385661489
Invoice No. :   Purchase Order No. :

**CONSIGNEE :**
Tax ID# :
Contact Name : Khatm Al Shikla
Telephone No. : 971507834373
E-Mail :
Company Name/Address :
Bengawi Abdalgadir ScientificCenter
Bengawi Abdalgadir ScientificCenter

Al Ain
Country : United Arab Emirates

SOLD TO (if different from Consignee) :

☑ Same as CONSIGNEE :

Tax ID# :
Company Name/Address :

Country :

If there is a designated broker for this shipment, please provide contact information

Name of Broker     Tel No.     Contact Name

Duties and Taxes Payable by  ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 19.00 | EA | Commercial -  IDM 16 Count Box Contains No Animal products and is Non hazardous. | | US | 5.000000 | 95.00 |
| | 14.00 | EA | Commercial -  Equi-Ace 25 Count BoxFor Veterinary Use OnlyNo Hazardous Ingredients. No Animal Products | | US | 4.500000 | 63.00 |

| Total No. of Packages : 2 | Total Weight (Indicate LBS or KGS) :  47.00 lbs | Terms of Sale : | |
|---|---|---|---|

Special Instructions :

| | |
|---|---|
| Subtotal : | 158.00 |
| Insurance : | 0.00 |
| Freight : | 0.00 |
| Packing : | 0.00 |
| Handling : | 0.00 |
| Other : | 0.00 |

Declaration Statement(s) :
These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

I declare that all the information contained in this invoice to be true and correct

| Invoice Total : | 158.00 |
|---|---|
| Currency Code : | USD |

Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :

Signature / Title / Date     Mary, Fox Office Manager 03 Oct, 2018     03 Oct, 2018

# COMMERCIAL INVOICE

| EXPORTER :<br>Tax ID# :<br>Contact Name : Seth Fishman DVM<br>Telephone No. : 561-801-5810<br>E-Mail : sethfishman@hotmail.com<br>Company Name/Address :<br>Equestology LLC.<br>2565 S Ocean Blvd<br><br>HIGHLAND BEACH FL 33487<br>Country : United States<br>Parties to Transaction:<br>☐ Related   ☐ Non-Related<br><br>Payment Terms :<br><br>Purpose of Shipment :  Commercial | Ship Date :   03 Oct, 2018<br><br>Air Waybill No. / Tracking No. / Bill of Lading :  773385661489<br><br>Invoice No. :   Purchase Order No. : |
|---|---|
| CONSIGNEE :<br>Tax ID# :<br>Contact Name : Khatm Al Shikla<br>Telephone No. : 971507834373<br>E-Mail :<br>Company Name/Address :<br>Bengawi Abdalgadir ScientificCenter<br>Bengawi Abdalgadir ScientificCenter<br><br>Al Ain<br>Country : United Arab Emirates | SOLD TO (if different from Consignee) :<br>☑ Same as CONSIGNEE :<br><br>Tax ID# :<br>Company Name/Address :<br><br><br><br>Country : |

If there is a designated broker for this shipment, please provide contact information

Name of Broker    Tel No.    Contact Name

Duties and Taxes Payable by  ☐ Exporter  ☑ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 19.00 | EA | Commercial - IDM 16 Count Box Contains No Animal products and is Non hazardous | | US | 5.000000 | 95.00 |
| | 14.00 | EA | Commercial - Equi-Ace 25 Count BoxFor Veterinary Use OnlyNo Hazardous Ingredients. No Animal Products | | US | 4.500000 | 63.00 |

| Total No. of Packages : 2 | Total Weight (Indicate LBS or KGS) : 47.00 lbs | | |
|---|---|---|---|
| Special Instructions : | | Terms of Sale : | |
| | | Subtotal : | 158.00 |
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0.00 |
| Declaration Statement(s) :<br>These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Handling : | 0.00 |
| | | Other : | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 158.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | Currency Code : | USD |

Signature / Title / Date    Mary Fox Office Manager 03 October    03 Oct, 2018

Presidential Camels vs. United States, 19-mj-6437-DLB- SDFL

B

Motion to Intervene

| Product name | Description | Cap | Quantity | additions | subtractions | |
|---|---|---|---|---|---|---|
| AB 1.2 | CLR | GR Alum | 0 | | | 0 |
| AB 1.5 | CLR | GR/Silver Stripe | 131 | | | 131 |
| ABec    NebuCAM | STANDARD 10 mL CLR | Green ALL TEAR#103 | 0 | | | 0 |
| ACBec    NebuCAM C | STANDARD 10 mL CLR | Blue ALL TEAR #101 | 0 | | | 0 |
| AB | | | 0 | | | 0 |
| AC | 3ml  AMB | WHT Flip | 279 | | | 279 |
| ACTH 5ml | 5ml CLR | RD Alum | 0 | | | 0 |
| AC3 | 20 mL AMB | Purple AL #34 | 215 | | -150 | 65 |
| AC3G15 | 20 mL CLR | Sapphire Blue#32 | 0 | 353 | -189 | 164 |
| AC5 | 10 mL CLR | Sapphire Blue #32 | 217 | | -150 | 67 |
| AC10 | 10mL CLR | Purple AL #34 | 111 | | -111 | 0 |
| ACTH 10ml | 10ml CLR | RD Alum | 265 | | -2 | 263 |
| Adrenal Cortef (Camicort without Blue) | 50 mL CLR | Turquoise AL | 41 | | | 41 |
| AICAR/EquiAce | 10ml AMB | GRN Alum | 1051 | | | 1051 |
| AICAR | 3ml AMB | RED Flip | 0 | | | 0 |
| AICAR | 3ml CLR | RED Flip | 0 | | | 0 |
| AMBB | 3 ml AMB | ORG Flip | 131 | | -131 | 0 |
| AIA | BIG DADDY 20 mL Medisca Clear | WHT Flip#50 | 18 | | | 18 |
| AI PDPA | 5 mL AMB | Flesh Peach #58 | 224 | | | 224 |
| Amikacin High PH | 10 mL CLR | Yellow Flip | 56 | | | 56 |
| Amikacin Low PH | 10 mL AMB | Yellow Flip | 48 | | | 48 |
| Anti-Fiam  square shoulder vials | 20 ml STANDARD CLR | RED Flip | 336 | | | 336 |
| Anti-Fiam  sloped shoulder vials-Adel | 20 ml CUSTOM CLR | Red Flip | 0 | | | 0 |
| AntiFiam PLUS Sloped Shoulder Serum Vials-Adel | 20mL  BIG DADDY CLR | Red Flip  #39 | 30 | | | 30 |
| AS4 | 20 mL AMB | Sapphire Blue#32 | 2 | | | 2 |
| ATM | 3ml | blue alum | 102 | | | 102 |
| ATMA | 3ml CLR | Fushia | 0 | | | 0 |
| ATP/B12 | 5ml CLR | GRN | 0 | | | 0 |
| ATP/B12   ORANGE PUCK INSTEAD OF PINK | 5mL Clear | GRN Alum | 3380 | | | 3380 |
| ATP Tall | 10 ml CLR | GRN | 1289 | | | 1289 |
| ATP/B12+L-Arginine | 30 mL CLR | GRN | 0 | | | 0 |
| ATQ Red  LTheanine—5mL puck (nxp) | 10 ml CLR | Sapphire Blue | 21 | | | 21 |
| ATQ Blue LTheanie w Pyridoxine-6mL puck(New NPX) | 10 ml CLR | Sapphire Blue | 83 | | | 83 |
| B-Calm | 30ml AMB | LT BLU flip | 179 | | -18 | 161 |
| Blast OFF (Overdrive) | 20ml clr | BL Stripe | 86 | | | 86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BPRB BLUE PUCK VIRGIN BLUE | 10 mL CLR | Magenta Flip # 56 | 123 | | | 123 |
| BPRB PLUS BLUE PUCK   VIRGIN BLUE+ | 10 mL CLR | Red Stripe | 492 | | | 492 |
| BP Blue (Blue Puck) | 20ml clr | Magenta Flip | 0 | | | 0 |
| BP Red  (Pink Puck) | 20 ml CLR | Magenta Flip | 136 | | | 136 |
| Bumadex | 20ml CLR | Purple | 0 | | | 0 |
| Bumadex-AM | 20ml CLR | blue alum | 158 | | | 158 |
| Bumecort | 30ml CLR | turq blue/grn | 42 | | | 42 |
| Bumequine (White Puck) | 20ml CLR | Gold alum | 0 | | | 0 |
| Bumequine (Blue Puck) NEW 7.16 | 20ml CLR | Gold alum | 90 | | | 90 |
| Cam-Daxin/Equidaxin | 5ml CLR | Peach Flip | 25 | | | 25 |
| Camdurance | 20ml CLR | red stripe | 0 | | | 0 |
| Camglycan(Joint RegenX) | 50ml AMB | Peach Flip | 9 | | | 9 |
| Camicort | 50ml AMB | Turquoise AL | 0 | | | 0 |
| Camicort | 50 mL CLR | Turquoise AL | 0 | | | 0 |
| Chondroitamine | 100ml AMB | GRN Alum | 0 | | | 0 |
| CJC blue | 3ml | Navy Blue | 295 | | -295 | 0 |
| CJC green | 3ml  AMB | LT GRN | 145 | | -145 | 0 |
| Clot-All | 100ml AMB | bl stripe | 0 | | | 0 |
| Cobalt Chloride | 10ml Clr | blue Al | 359 | | | 359 |
| Deslorelin | 10ml BIG DADDY  CLR | BL Stripe | 66 | | | 66 |
| Deslorelin  (Biscayne) | 10ml CLR | Turq alum | 0 | | | 0 |
| Dexamethasone/HCTZ | 50ml AMB | red al | 0 | | | 0 |
| Dexamethasone/HCTZ | 50ml AMB | yellow | 0 | | | 0 |
| Dexamethasone | 5ml AMB | Green Alum | 0 | | | 0 |
| Deslorelin | 10 mL STANDARD CLR | BL Stripe | 18 | | | 18 |
| Diclazural | 50 mL CLR | Black Cap #28 Center Tear | 8 | | | 8 |
| Diosmin bleeder pills(Baywood) | | | 5460 | | | 5460 |
| Diurex | 50ml CLR | red al | 0 | | | 0 |
| Diurgesic | 50ml AMB | red al | 0 | | | 0 |
| Diur3x | 50 mL CLR | Red AL #25 Center Tear | 0 | | | 0 |
| DMTNB | 30 mL CLR | Blue Flip | 191 | | | 191 |
| DT 1.15 | 10ml  CLR | BL Stripe | 0 | | | 0 |
| Dura Kill | plastic container | plastic | 0 | | | 0 |
| DP Double Pain | BIG DADDY 20 mL Medisca Clear | Clr  FLP # 41 | 300 | | | 300 |
| EBB | 2-3ml AMB | WIL GRN flip | 409 | | | 409 |
| ECG (EQUITROPIN) | CLR | RD Flip | 161 | | | 161 |
| EMP Yellow Cap Sample | 3ml amb | Yellow flip | 60 | | -60 | 0 |
| EMPL  Yellow Cap | 3ml CLR | Yellow flip | 182 | | | 182 |
| EGH(DHEA) 30ml | 30ml CLR | RD Alum | 0 | | | 0 |
| EGH(DHEA) 10ml | 10ml CLR | RD Alum | 303 | | | 303 |
| EMP  Fridge | 3ml AMB | ORG Flip | 285 | | -285 | 0 |
| EMP  Fridge BB1 | 3ml AMB | Bright Blue Flip | 312 | | -312 | 0 |
| EMP  Fridge BB2 | 3ml AMB | Royal Blue Flip | 263 | | -263 | 0 |
| EMP  Fridge BB3 | 3ml AMB | Navy Blue | 125 | | | 125 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Equi-Baxin 100ml | 100ml AMB | BL Alum | 0 | | | 0 |
| Equi-Cam | | | 48 | | | 48 |
| Equi-Cort (Adrenal Cortef) | 50 mL CLR | Turquoise AL | 0 | | | 0 |
| Equiduran | | | 9 | | | 9 |
| Equidurance | 20 ml CLR | Red Stripe AL | | | | 0 |
| Equi-Ferric | 30ml AMB | CLR | 0 | | | 0 |
| Equi-Folic 100ml | 100ml AMB | BLK Alum | 0 | | | 0 |
| Equi-Folic 30ml-EFOLIC0113 EX 1.16 | 30ml AMB | BL Stripe | 0 | | | 0 |
| Equi-Mass / PG2 | 5 mL CLR | Gold alum | 0 | | | 0 |
| Equi-Nergic | 3ml AMB | WHT | 0 | | | 0 |
| Equi-oxide "Bovine" | 3ml CLR | WHT Flip | 316 | | | 316 |
| Equi-Oxide Plus  "Bovine" | 3ml AMB | WHT Flip | 0 | | | 0 |
| Equitosan | 20ml CLR | CLR flip | 0 | | | 0 |
| Equitosan | 20ml CLR STANDARD | Silver AL#38 | 238 | | | 238 |
| Equitosan | 50 ml AMB | CLR Flip | 0 | | | 0 |
| Equitosan | 50 ml AMB | Silver AL | 9 | | | 9 |
| Equitosan Platinum | 20 ml CLR | WIL GRN flip | 0 | | | 0 |
| Equi-Tide | 5mlCLR | BL Flip | 0 | | | 0 |
| Equi-vive | 5ml clear | clr flip | 0 | | | 0 |
| E20CP | 20 ml CLR | Lavender Flip # 57 | 61 | | | 61 |
| FAB | 3ml AMB | fushia alum | 63 | | | 63 |
| FAB PLUS | 3ml CLR | light pink flip | 339 | | | 339 |
| Flumetanide 30 mL | 30 ml CLR | Magenta Flip | 203 | | | 203 |
| Flumetanide 50 mL | 50 ml CLR | Magenta Flip | 107 | | | 107 |
| Flu-Vet | 10 ml CLR | Green Flip | 20 | | | 20 |
| Folic & B12 | 100ml AMB | bl stripe | 0 | | | 0 |
| FP-81 | 10 mL CLR | BL Alum | 51 | | | 51 |
| G2 | 20 ml CLR | Pink  Flip | 45 | | | 45 |
| G2 | 20 ml CLR | Turqoise AL | 75 | | | 75 |
| Glutathione 1.5 g | 20ml CLR | ORG Flip | 92 | | | 92 |
| GNRH 20ml | 20ml CLR | GR Stripe | 77 | | | 77 |
| Heptamo | 50 ml AMB | Black/Silver | 122 | | | 122 |
| HHG 11,000 | 20 ml CLR | RED Flip | 5 | | | 5 |
| Homeogesic (Pain 3X) | 50ml CLR | CLR flip | 237 | | | 237 |
| Homeopathic Analgesic | 30ml AMB | Magenta Flip | 254 | | | 254 |
| HP Bleeder PLUS HPB0514 Blue/Green Label | 20ml CLR | GRN alum | 0 | | | 0 |
| HP Bleeder PLUS | 20ml CLR | GRN alum | 233 | | | 233 |
| HP Bleeder | 10ml CLR | GRN alum | 316 | | | 316 |
| HSP250(Vetacort) | 5 mL CLR | Faded Turquoise #48 | 0 | | | 0 |
| HSP250 | 5 mL Short  CLR | Faded Turquoise #48 | 34 | | -34 | 0 |
| Hydrocortisone Sodium Succinate 500 mg (AM) | 10ml CLR | White Flip | 109 | | | 109 |
| HydroDex | 20ml CLR | White Flip | 0 | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| IDM | | | 0 | | | 0 |
| Iodine 1.0% Solution | 20 ml CLR | RED Flip | | | | 0 |
| Iron Sucrose | 100ml AMB | RED AL | 0 | | | 0 |
| Iron Sucrose  (Vetiron) | 50 ml AMB | RED AL | 267 | | | 267 |
| ITP Plus (IDM) | 30 ml clr tall | CLR flip | 178 | | | 178 |
| ITPP  white and red versions | 30ml CLR TALL | CLR flip | 0 | | | 0 |
| IT Plus | 20 mL AMB | CLR Flip | 152 | | | 152 |
| Kappa Agnoist | 5mL AMB | Black Stripe | 226 | | | 226 |
| Ketorolac   KeteroCAM | 10 mL AMB | Red Stripe#36 | 2 | | | 2 |
| L-Arginine 175mg/ml | 50ml AMB | Red Al | 0 | | | 0 |
| LAC Diluent | 20 ml CLR | Turquoise AL | 451 | | | 451 |
| LC 200 | 50ml AMB | Blue AL#32 | 112 | | | 112 |
| Lime Green 3ml Amber Vial(GCAV) EEPOF | 3mL AMB | Lime Green | 78 | | | 78 |
| Lola Diluent | 20mlCLR | Sapphire Blue | 0 | | | 0 |
| Lola | 20 ml CLR | Sapphire Blue | 0 | | | 0 |
| Lornoxicam | 10ml CLR | RED Flip | 0 | | | 0 |
| Lornoxicam/ Camel-Cam | 30ml CLR | RED Flip | 75 | | | 75 |
| MGF | 3ml CLR | PNK | 79 | | | 79 |
| MHP1 | 30 mL TALL CLR | Black Stripe | 9 | | | 9 |
| MHP1BP | 20 mL CLR | Black Stripe | 63 | | -2 | 61 |
| MHP1DMT | 20 ml CLR | Black | 9 | | -9 | 0 |
| Neuro Block NRB1013 | 50ml AMB | GRN alum | 0 | | | 0 |
| NebuRace | 50 mL CLR | Red ALL TEAR #102 | 391 | | | 391 |
| Neuro Block NRB0215A  EXP 2.18 | 50ml AMB | GRN alum | 15 | | | 15 |
| Neuro Block | 50 ml AMB | GRN alum | 0 | | | 0 |
| NBN 3.15 | | | 0 | | | 0 |
| NBN 5.3 | 5ml CLR | CLR | 176 | | | 176 |
| NBO 5.5 | 5ml CLR | LM GRN | 141 | | | 141 |
| NBO 3.2 | 3ml CLR | WHT Flip | 90 | | | 90 |
| NPK | BIG DADDY 20 mL Amber | Black Stripe | 74 | | | 74 |
| NPP1-34D | 10 mL AMB | Magenta Flip#56 | 432 | | -1 | 431 |
| NPP1-40HD (CMPD40) | 20 ml STANDARD CLR | Turquoise AL #33 | 88 | | -1 | 87 |
| NPP1-D11  (Dynorphin) | 20 ml STANDARD CLR | Red AL #25 | 88 | | | 88 |
| NPX1 | 10 ml CLR | Red Flip  #39 | 57 | | | 57 |
| NPX2 | 10 mL AMB | Red Flip  #39 | 215 | | | 215 |
| NPX Oral | 50 mL Frosted White Glass | White Cap | 0 | | | 0 |
| Oxygenator | 50ml AMB | CLR flip | 4 | | | 4 |
| P2DP  (PDP2 for Andrew)  PAP2 | 5mL AMB | CLR flip | 19 | | | 19 |
| PAP2 ER | 5 mL AMB | Faded Turquoise #48 | 88 | | | 88 |
| PAP2 XRT(EXT) | 5mL AMB | turq/blu AL | 143 | | -24 | 119 |
| PDP( PAP2) | 5 ml amb | CLR Flip | 190 | | | 190 |
| PDP ORAL(PAP2 ORAL) | 50 mL Blue | White Twist Cap | 69 | | -5 | 64 |

| | | | | | |
|---|---|---|---|---|---|
| P5W  (P3) (Equitosan Platinum) | 20 ml CLR | CLR flip | 191 | | 191 |
| P3 | 20 ml CLR | CLR Flip#41 | 3 | | 3 |
| Phen3 | 20 mL AMB | Gold alum#24 | 430 | -250 | 180 |
| PG2(Equimass) | 10 ml CLR | Gold alum | 294 | -4 | 290 |
| PSP (pain shot +) | 100ml AMB | turq/blu AL | 0 | | 0 |
| PSDS | 50ml AMB | Magenta Flip | 0 | 249 | 249 |
| Potassium Chloride Power Block | 20ml CLR | Red Stripe AL | 0 | | 0 |
| Penta Deca peptide | 10ml CLR | BLK flip | 0 | | 0 |
| Pento-Cam+ | 50ml Amb | GRN stripe | 0 | | 0 |
| PEG | 5ml CLR | BL Stripe | 3 | | 3 |
| Pow R Cam | 10 ml CLR | Silver AL #38 | 436 | | 436 |
| Procaterol HCL 25 MCG | 10 mL AMB | Black Stripe #27 | 51 | | 51 |
| Progesterone 50 ml | 50 mL AMB | Black Cap #28 | 3 | 488 | 491 |
| Progesterone VITE 50 mL | 50 mL AMB | Yellow Cap #24 | | 600 | 600 |
| RCABB  EEPM619 | 3 ml AMB | Red Flip | 387 | | 387 |
| Racepinephrine  NEBUR | 5 mL CLR | Red ALL TEAR #102 | 392 | | 392 |
| Recover | 5 mL | lav flip | 0 | 292 | 292 |
| Robinol V | 50ml Clr | BL Alum | 488 | | 488 |
| Rooster/B12/Mannotol | 5ml CLR | RED | 0 | | 0 |
| Salmterol Xinafoate 100 MCG | 10 mL AMB | Blue Stripe #35 | 3 | | 3 |
| Serenity  (L-theanine) | 20mlCLR | BL stripe | 261 | -24 | 237 |
| Serenity Plus | 20 mL AMB | BL Stripe #35 | 55 | | 55 |
| ST Pain (silver cap) | 5ml CLR | Silver AL | 0 | | 0 |
| ST Pain (silver cap) NEW Equitide | 30 ml clr tall | Silver AL | 0 | | 0 |
| SOD 10 mg-200 | 3mlCLR | White | 6 | | 6 |
| SOD 10 mg with 25 mg Hydrocortisone Sodium Succinate LD | 3mlCLr | Willow Green | 0 | | 0 |
| SODex | 10ml CLR | Turq Flip | | | 0 |
| SODexA | 5ml CLR | Yellow flip | | | 0 |
| | | | | | |
| SODHSP-C   Deep Blue PuckOriginal  Light Blue Puck 10.29 batch | 5ml CLR | Orange Flip #60 | 194 | -153 | 41 |
| SODHSP25    ( SODLDHSP) | 5 ml amb | Orange Flip #60 | 450 | | 450 |
| SODHSP125   White Puck REG | 5ml CLR | Orange Flip #60 | 390 | | 390 |
| Sofosbuvir Capsules | | | 0 | | 0 |
| Sofosbuvir Liquid | | | 26 | | 26 |
| Sofosbuvir Powder | | | 0 | | 0 |
| Tolazoline  TolazoCAM | 50 ml CLR | Blue Stripe #35 | 1 | | 1 |
| TB-7 | 3ml CLR | CL | 384 | -50 | 334 |
| Thymosin Orange Lid 10 mg MGF 750 mg | 3 ml AMB | Orange | 10 | | 10 |

| | | | Start | Addition | Subtraction | |
|---|---|---|---|---|---|---|
| Thymosin Dark Pink Lid MGF 1.0 | | Dark Pink | 35 | | | 35 |
| Thymosin/PEG-Mannitol "Q" 10mg/5ml | AMB | GR Stripe | 323 | | | 323 |
| Tolazoline TolazoCAM | 50 ml AMB | Blue Stripe #35 | 101 | | | 101 |
| Tri Log (triamcinolone) | 5ml AMB | Grn flip | 0 | | | 0 |
| Ultra Block R-20 | CLR | GR Stripe | 123 | | | 123 |
| VetMyst (Acetyl) | 100 ml AMB | Sapphire Blue | 48 | | | 48 |
| VetMyst (Acetyl) Incorrect Cap Color  Lab Error | 100 ml AMB | Turquoise AL | 0 | | | 0 |
| Vetomidine | 10mlAMB | ORG Flip | | | | 0 |
| Vetoprofen/Ketoprofen | 50 ml AMB | Red Stripe AL | 108 | | | 108 |
| VetraSarms | 3 mLCLR | Sapphire Blue | 312 | | | 312 |
| VO2MAX | 50 ml AMB | RED FLIP | 386 | | -25 | 361 |
| VO2MAX | 20 l AMB | RED FLIP | 106 | | | 106 |
| VO2MAX ++ | 50 ml AMB | White#50 | | 236 | | 236 |
| Wake Me Up | 5ml CLR | Turq blue | 371 | | | 371 |
| XR 2.20 Block | | | 40 | | | 40 |
| zoledren HD (some of it reconst) | 20 ml CLR | ORG Flip | 0 | | | 0 |
| Zoledren LD | 20ml CLR | WIL Green | 96 | | -96 | 0 |
| Zinterol HCL 25 MCG ZinCAM | 10 mL AMB | Green Stripe#37 | 50 | | | 50 |
| Zoledren | 20 ml CLR | ORG Flip | 25 | | | 25 |
| Zolequine | 10 ml CLR | CLR flip | 448 | | | 448 |
| Zydaxin (equidaxin&camdaxin) labeled as Recover for Adel | 5ml CLR | Lavender Flip | 0 | | | 0 |
| | | | | | | |
| PASTE | | | | | | |
| | | | Start | Addition | Subtraction | |
| AMP | | | 52 | | | 52 |
| Bleeder/BCAA 60cc | | | 0 | | | 0 |
| EPM Double Kill 60cc | | | 0 | 30 | -30 | 0 |
| EPM Double Kill 30cc | | | 0 | | | 0 |
| Omeprazole 325mg/ml | | | 0 | | | 0 |
| Omeprazole 400mg/ml bottles (1L) | | | 0 | | | 0 |
| Omeprazole 400mg/ml bottles (500ml) | | | 0 | | | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Omeprazole 400mg/ml bottles (500ml) PLUS | | | 1 | | | 1 |
| Succeed  30 count Box | | | 1 | | | 1 |
| B1 | | | | | | 0 |
| B2 | | | | | | 0 |
| B3 HOMEOPATHIC BLEEDER & ANALGESIC | | | 0 | | | 0 |
| Vetoxin 250 mL Bottles | | | 0 | | | 0 |
| WATER | | | | | | |
| Sterile Water  10 mL bottle EXP 2/2019 | | | 0 | | 0 | 0 |
| Sterile Water  100 mL bottle EXP 7/2019 | | | 0 | | | 0 |
| Bacteriostatic Water 30 mL bottle   EXP 5/2020 | | | 0 | | | 0 |
| Bacteriostatic Water 50 mL bottle | | | 432 | | -2 | 430 |
| Adequan | | | 0 | | | 0 |
| | | | | | | |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

Presidential Camels vs. United
States, 19-mj-6437-DLB- SDFL

## C

Motion to Intervene

exhibitsticker.com

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/28/2019   **START TIME:** 12:30 AM   **END TIME:** 5:25 AM
**SITE ADDRESS:** 3500 NW BOCA RATON BLVD #723, BOCA RATON, FL 33431

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | NUMEROj | VIALS |
| 2 | NUMEROj | VIALS |
| 3 | NUMEROj | VIALS |
| 4 | NUMEROj | VIALS |
| 5 | NUMEROj | VIALS |
| 6 | NUMEfd | VIALS |
| 7 | NUMEROj | VIALS |
| 8 | NUMEROj | VIALS |
| 9 | NUMEROj | VIALS |
| 10 | NUMEROj | VIALS |
| 11 | NUMEROj | VIALS |
| 12 | NUMEROj | VIALS |
| 13 | NUMEROj | VIALS |
| 14 | NUMEROj | VIALS |
| 15 | NUMEROj | VIALS |
| 16 | NUMEROj | VIALS |
| 17 | NUMEROj | VIALS |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:**  10/28/2019

**SITE ADDRESS:**  3500 NW BOCA RATON BLVD #723, BOCA RATON, FL 33431

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 18 | **NUMERO** | VIALS |
| 19 | **NUMERO** | VIALS |
| 20 | **NUMERO** | VIALS |
| 21 | **NUMERO** | VIALS |
| 22 | **NUMERO** | VIALS |
| 23 | **NUMERO** | VIALS |
| 24 | **NUMERO** | VIALS |
| 25 | **NUMERO** | VIALS |
| 26 | **NUMERO** | VIALS |
| 27 | **NUMERO** | VIALS |
| 28 | **NUMERO** | VIALS |
| 29 | **NUMERO** | VIALS |
| 30 | 1 | VIAL |
| 31 | **NUMERO** | VIALS |
| 32 | **NUMERO** | VIALS |
| 33 | **NUMERO** | VIALS |
| 34 | **NUMERO** | VIALS |
| 35 | **NUMERO** | VIALS |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/28/2019

**SITE ADDRESS:** 3500 NW BOCA RATON BLVD #723, BOCA RATON, FL 33431

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|-------|-----|-------------------------|
| 36 | NUMERO | VIALS |
| 37 | NUMERO | VIALS |
| 38 | NUMERO | VIALS |
| 39 | 2 | CLEAR CONTAINERS WITH RED TOP W/CLEAR LIQUID |
| 40 | NUMERO | VIALS |
| 41 | NUMERO | VIALS |
| 42 | NUMERO | VIALS |
| 43 | NUMER9j | VIALS |
| 44 | NUMERO | VIALS |
| 45 | NUMERO | VIALS |
| 46 | NUMERO | VIALS |
| 47 | NUMERO | VIALS |
| 48 | NUMER9j | VIALS |
| 49 | NUMER9j | VIALS |
| 50 | NUMER9j | VIALS |
| 51 | NUMER9j | VIALS |
| 52 | NUMER9j | VIALS |
| 53 | NUMERO | VIALS |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/28/2019

**SITE ADDRESS:** 3500 NW BOCA RATON BLVD #723, BOCA RATON, FL 33431

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 54 | NUMER9I | VIALS |
| 55 | NUMEROI | VIALS |
| 56 | NUMEROI | VIALS |
| 57 | NUMEROI | VIALS |
| 58 | NUMER9I | VIALS |
| 59 | NUMER9I | VIALS |
| 60 | NUMER9I | VIALS |
| 61 | NUMEROI | VIALS |
| 62 | NUMEROI | VIALS |
| 63 | 1 | WHITE PLASTIC SYRINGE |
| 64 | NUMEROI | VIALS |
| 65 | NUMEROI | VIALS |
| 66 | NUMEROI | VIALS |
| 67 | NUMER9I | VIALS |
| 68 | NUMER9I | VIALS |
| 69 | NUMEROI | VIALS |
| 70 | NUMEROI | VIALS |
| 71 | NUMER9I | VIALS |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/28/2019

**SITE ADDRESS:** 3500 NW BOCA RATON BLVD #723, BOCA RATON, FL 33431

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 72 | **NUMERO** | VIALS |
| 73 | NUMER | VIALS |
| 74 | **NUMERO** | VIALS |
| 75 | NUMER | VIALS |
| 76 | NUMER | VIALS |
| 77 | **NUMERO** | VIALS |
| 78 | NUMER | VIALS |
| 79 | 8 | BOXES CONTAINING BOXES LABELED DIOSMIN |
| 80 | **NUMERO** | VIALS |
| 81 | NUMER | VIALS |
| 82 | NUMER | VIALS |
| 83 | **NUMERO** | VIALS |
| 84 | **NUMERO** | VIALS |
| 85 | NUMER | VIALS |
| 86 | NUMER | VIALS |
| 87 | **NUMERO** | LABELED BOXES OF ATP/B12 |
| 88 | NUMER | VIALS |
| 89 | NUMER | VIALS |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/28/2019

**SITE ADDRESS:** 3500 NW BOCA RATON BLVD #723, BOCA RATON, FL 33431

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 90 | **NUMEROj** VIALS | |
| 91 | **NUMEROj** VIALS | |
| 92 | **NUMEROj** VIALS | |
| 93 | **NUMEROj** VIALS 8 BOXES | |
| 94 | 1 | FEDEX BOX CONTAINING GREEN GLASS VIALS WITH GREEN CAPS |
| 95 | **NUMEROj** VIALS 3 BOXES | |
| 96 | **NUMEROj** VIALS 3 BOXES | |
| 97 | **NUMEROj** VIALS | |
| 98 | 1 | BIN CONTAINING YELLOW POWDER LABELED BIOFAVONOIDS |
| 99 | 2 | BINS WITH WHITE POWDER LABELEDTOLTRAZURIL |
| 100 | 1 | BIN WITH OFF WHITE POWDER LABELED DICLAZURIL |
| 101 | 1 | BIN WITH ZINC L-CARMOSINE |
| 102 | **NUMEROj** VIALS | |
| 103 | **NUMEROj** VIALS | |
| 104 | **NUMEROj** VIALS | |
| 105 | **NUMEROj** VIALS | |
| 106 | 1 | DRUM LABELED TOLTRAZVRIL |
| 107 | **NUMEROj** VIALS | |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:**  10/28/2019

**SITE ADDRESS:**     3500 NW BOCA RATON BLVD #723, BOCA RATON, FL 33431

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|-------|-----|--------------------------|
| 108 | 1 | DRUM LABELED EQUEFRI |
| 109 | 2 | CLEAR PLASTIC CONTAINERS CONTAINING PRODUCT LABELS |
| 110 | 2 | CONTAINERS OF POWDER LABELED DICLAZURIL CVP |
| 111 | 1 | DRUM LABELED DICLAZURIL |
| 112 | 1 | AP 362 LABEL MACHINE |
| 113 | NUMERO | SAMPLES OF ROLLS OF PRODUCT LABELS |
| 114 | NUMERO | VIALS |
| 115 | 1 | FEDEX BOX CONTAINING BAG OF WHITE POWDER LABELED SETRIA |
| 116 | NUMERO | FEDEX SHIPPING RECEIPTS |
| 117 | NUMERO | SAMPLES OF PACKAGING |
| 118 | NUMERO | PRODUCT RECIPE SHEETS |
| 119 | NUMERO | HANDWRITTEN NOTES |
| 120 | NUMERO | FILES DETAILING TRANSACTIONS |
| 121 | NUMERO | VIALS |
| 122 | NUMERO | VIALS |
| 123 | NUMERO | VIALS |
| 124 | 1 | VIAL BARTERIOSTATIC WATER |
| 125 | 2 | White freezers containing numerous vials |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
**OFFICE OF CRIMINAL INVESTIGATIONS**

# INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - BOM - 713 - 0345

**DATE OF SEARCH:** 10/27/19    **STARTTIME:** 9:35PM    **END TIME:** 11:30PM

**SITE ADDRESS:** 189 Linton Blvd. Unit 757, Del Ray Beach, FL 33344

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Box of hypodermic needles, 1 terumo syringe |
| 2 | 1 | Box addressed to Dr. Frishman containing flip off seals, stoppers, and crimping tool |
| 3 | 1 | SP Brand boxes in plastic bag(+/- 200) for packagint, Empty. |
| 4 | 1 | Relevant paperwork found in a box |
| 5 | 1 | Relevant paperwork found in a clear box |
| 6 | 1 | Packaging for shipment, Biohazard Bags, Red SPC Poxes |



U.S. FOOD AND DRUG ADMINISTRATION
**OFFICE OF CRIMINAL INVESTIGATIONS**

# INVENTORY OF ITEMS SEIZED

| DATE OF SEARCH: | 10/27/19 | START TIME: | 9:35PM | END TIME: | 11:30PM |
|---|---|---|---|---|---|

SITE ADDRESS:   189 Linton Blvd. Unit 757, Del Ray Beach, FL 33344

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Magic Powder Instant Romance in various quantities. Located in brown home depot box |



U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 10/28/19     **START TIME:** 12:56AM     **END TIME:** 3:35AM

**SITE ADDRESS:** 2565 South Ocean Blvd., #412N, Highland Beach, FL 33487

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Plastic box of potential legal documents |
| 2 | 1 | Documents (product list, sticky note) |
| 3 | 1 | 3 SPC boxes (collapsed), Letter dated 2/7/2016 from United Arab Emirates |
| 4 | 1 | Documents-email Jfishman --Sfishman 5/15/19, Flow Chart, Drug related notes. |



U.S. FOOD AND DRUG ADMINISTRATION
**OFFICE OF CRIMINAL INVESTIGATIONS**

# INVENTORY OF ITEMS SEIZED

DATE OF SEARCH: 10128119           STARTTIME: 12:56AM      END TIME: 3:25AM
SITE ADDRESS: 2565 South Ocean Blvd., #412N, Highland Beach, FL 33487

| ITEM# | QTY | DESCRIPTION OF EVIDENCE |
|-------|-----|-------------------------|
| 1 | 1 | 1 Clear Plastic Bottle hand written "Gold", 1 clear plastic bottle hand written "silver", 1 clear glass bottle labeled "Aqualox", 1 clear glass bottle labeled "NovaSol", 1 clear glass bottle labeled "MG 404". 1 clear glass bottle labeled "tadalafil" |
| 2 | 1 | 1 clear plastic bag containing various unlabeled glass vials, 1 clear plastic bag containing multiple glass vials with green labels. |
| 3 | 1 | 4 unlabeled brown glass vials wired caps with clear liquid, 2 unlabled glass vials w\silver caps with a yellowish liquid, 1 glass vial w\yellowish liquid labeled Dentosan Gola; 2 glass vials w\yellowish liquid labled Pentosan Platinum Plus, 1 glass vial wired cap with clear liquid labeled V02Max. |
| 4 | 1 | 1 box labeled SP Brands -GNRH (with vial), 1 box labeled SPC Brands - HP Plus (with vial), 1 box labeled Tryplarson 100 (empty) |
| 5 | 1 | 1 box labled Equine Growth hormone containing 25 vials filled with unknown liquid.  1 box labeled HP Bleeder plus containing 15 vials filled with unknown liquid.  2 unlabled box containing 25 vials filled with unknown liquid.  1 ACTH box with 7 vials filled with liquid.  1 box labled HP Bleeder plus with 19 filled vials.  1 box labeled green top AB 1.20 with 23 vials |
| 6 | 1 | 2 bottles labaled bariostatic water filled with unknown substance |
| 7 | 1 | 1 bottle labeled pain snot L-C, 1 bottle labeled Actovegin Tablets, 1 unlabled glass bottlel wired cap containing clear liquid. |










Presidential Camels vs. United States, 19-mj-6437-DLB-SDFL

D

Motion to Intervene

exhibitsticker.com