UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mj-8437-DLB

PRESIDENTIAL AFFAIRS DEPARTMENT:
SECTOR OF SCIENTIFIC CENTERS &
PRESIDENTIAL CAMEL DEPARTMENT,
DUBAI EQUINE, and DUBAI CAMEL,

          Petitioners,

FILED UNDER SEAL

vs.

UNITED STATES OF AMERICA,

          Respondent.

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by and through the undersigned Assistant United States Attorney, submits the following:

1. On May 1, 2020, this Court denied a Federal Rule of Criminal Procedure 41(g) motion for the return of property filed by the Petitioners in the above-captioned action, Presidential Affairs Department: Sector of Scientific Centers & Presidential Camel Department, Dubai Equine, and Dubai Camel (the "Petitioners").

2. On May 3, 2020, months after the Petitioners had initiated their action, Seth Fishman ("Fishman"), an indicted defendant in *United States v. Navarro et al.*, 20 Cr. 160 (MKV) (S.D.N.Y.), filed a Motion to Intervene and to Request Reconsideration of the Order Denying Petitioners' Motion to Return Property (the "Motion"). Fishman included in that Motion a request for a limited unsealing of the briefs filed in this action for the purpose of submitting them to the Honorable Valerie Caproni, United States District Judge in the U.S. District Court for the Southern District of New York, in connection with a sealed grand jury proceeding. *See* Motion at 2, 19.

3. On June 5, 2020, this Court directed the Government to respond to the Motion on or before June 15, 2020. The Government intends to file a substantive opposition to the Motion on or before June 15, 2020, as directed by the Court, responding to Fishman's requests to intervene and for reconsideration of the Court's May 1, 2020 Order.

4. In the interim, the Government writes to inform the Court that it does not oppose the immediate, limited unsealing of the briefs filed in this matter, and this Court's May 1, 2020 Order, for the purpose of furnishing those filings to Judge Caproni in connection with litigation currently pending in the United States District Court for the Southern District of New York. *See In Re Grand Jury Subpoena Dated April 3, 2020*, 20 Misc. No. -- (VEC) (S.D.N.Y.).

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

        By: /s/ *Rinku Tribuiani*
        Assistant United States Attorney
        Fla. Bar No. 0150990
        500 S. Australian Ave. Suite 400
        West Palm Beach, Florida 33401

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on June 8, 2020, I electronically filed the foregoing document with the Clerk of the Court and provided a copy to the following individuals in the manner specified:

 Marissel Descalzo (Via email at mdescalzo@tachebronis.com)
 Andrew S. Feldman (Via email at afeldman@feldmanpllc.com)