UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8437-DLB

PRESIDENTIAL AFFAIRS DEPARTMENT:
SECTOR OF SCIENTIFIC CENTERS &
PRESIDENTIAL CAMEL DEPARTMENT,
DUBAI EQUINE, and DUBAI CAMEL,

   Petitioners,

v.

UNITED STATES OF AMERICA,

   Respondent.
_____/

### ORDER ON THE GOVERNMENT'S MOTION FOR CLARIFICATION OF COURT'S LIMITED UNSEALING ORDER [DE 19]

THIS CAUSE is before the Court the Government's Motion for Clarification of Court's Limited Unsealing Order [DE 19]. Seth Fishman ("Fishman") filed a response [DE 20]. The Government's Motion for Clarification is **GRANTED,** as set forth below.

The Government requested the limited unsealing of the briefs filed in this matter and the Court's May 1, 2020 Order for the purpose

> of furnishing those papers to the Honorable Mary Kay Vyskocil, United States District Judge in the United States District Court for the Southern District of New York, in connection with a pending motion filed by Seth Fishman for a bill of particulars and to dismiss the indictment in *United States v. Navarro et al.*, 20 Cr. 160 (MKV) (S.D.N.Y.). The Government seeks to provide these papers to Judge Vyskocil in the interests of providing the Court with accurate and complete information regarding ongoing litigation between the parties before issuing a ruling.

[DE 16].

1

The Court granted the Government's request and ordered that the requested documents be unsealed for the limited purpose of "allowing those filings to be furnished to Judge Vyskocil in connection with litigation currently pending in the United States District Court for the Southern District of New York."

To clarify, the requested documents are unsealed for the limited purpose of furnishing those papers to Judge Vyskocil in connection with a pending motion filed by Seth Fishman for a bill of particulars and to dismiss the indictment in *United States v. Navarro et al.*  The Court granted the relief requested by the Government—the requested documents should be furnished to Judge Vyskocil [DE 16].  Once furnished to Judge Vyskocil, any matters relating to the appropriate use of the documents "in connection with a pending motion filed by Seth Fishman for a bill of particulars and to dismiss the indictment in *United States v. Navarro et al.*" is a matter for Judge Vyskocil and the Southern District of New York.

As a reminder, Petitioner filed a motion for the return of property in a sealed search warrant matter, not a civil case [DE 4].  When the Court sealed the search warrant on October 25, 2019, the Clerk of Court seals the search warrant matter entirely and any filings made under the sealed search warrant case number are sealed by default.  Other than the search warrant and the return of executed service, the Court has not made any rulings that the other filings in this matter should be sealed pursuant to Local Rule 5.4.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 18th day of June, 2020.

*[signature: Dave Lee Brannon]*
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE