UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-8437-DLB

PRESIDENTIAL AFFAIRS DEPARTMENT:
SECTOR OF SCIENTIFIC CENTERS &
PRESIDENTIAL CAMEL DEPARTMENT,
DUBAI EQUINE, and DUBAI CAMEL,

                                                          FILED UNDER SEAL

        Petitioners,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____

## UNITED STATES' MOTION FOR UNSEALING

1.      On March 24, 2020, Petitioners, the Presidential Affairs Department: Sector of Scientific Centers & Presidential Camel Department, Dubai Equine, and Dubai Camel, filed a motion pursuant to Federal Rule of Criminal Procedure 41(g) for the return of property seized in the Southern District of Florida (the "Motion"). The Government respectfully writes to seek the unsealing of all filings relating to the Motion, including the original Rule 41 motion, responses, replies, motion to intervene and for reconsideration, and all attachments and exhibits submitted therewith.

2.      As set forth in the Court's Order of June 18, 2020 (Dkt No. 21), the sealing of these papers is a default procedure applied simply due to the Petitioner's decision to file their original petition in the sealed search warrant matter, rather than as a civil filing under Rule 41. As the Court has noted, "[o]ther than the search warrant and the return of executed service, the Court has not

made any rulings that the other filings in this matter should be sealed pursuant to Local Rule 5.4." *Id.*

3.  Intervenor Seth Fishman has filed a motion for modification of his bail conditions, allowing for travel to the UAE, in the Southern District of New York. Certain of the filings in this District, including filings that provide the background and nature of Fishman's relationship with UAE-based customers of his misbranded and adulterated performance enhancing drugs, are directly relevant to the travel motion. In order to provide the Southern District of New York with a full view of Fishman's conduct, the Government submits this request.

4.  The Government contacted counsel for Seth Fishman to seek his position on the Government's request to unseal the Rule 41 briefing papers "in their entirety and for all purposes." In response, Fishman's counsel confirmed that "we do not oppose since as the SDFL clarified it is not a 'sealed' proceeding." Insofar as the sealing of these papers has been by default, and that they have already been unsealed for a limited purpose at Fishman's request in connection with a separate proceeding in the Southern District of New York (without objection from Petitioner), the Government respectfully requests that the Court endorse this request for unsealing of all Rule 41

motion papers, including the Petition, responses, replies, motions to intervene and for reconsideration, and all exhibits to the foregoing.

Dated: West Palm Beach, Florida
       October 22, 2020

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/ Rinku Tribuiani*
Rinku Tribuiani
Assistant United States Attorney
Fla. Bar No. 0150990
Rinku.Tribuiani@usdoj.gov
U.S. Attorney's Office
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: 561-209-1031

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2020, I conventionally filed the foregoing document with the Clerk of the Court and caused a copy to be sent electronically to counsel for Petitioners, Marissel Descalzo at mdescalzo@tachebronis.com.

*s/ Rinku Tribuiani*
Rinku Tribuiani
Assistant United States Attorney